**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  R. Hassell Holding Companies, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   7 6 – 0 6 5 7 7 3 3

4. **Debtor's address**

   **Principal place of business**
   12807 HAYNES RD BLDG C
   Number  Street

   HOUSTON   TX   77066-1123
   City   State   ZIP Code

   Harris
   County

   **Mailing address, if different from principal place of business**
   Number  Street
   P.O. Box
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number  Street
   City   State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **R. Hassell Holding Companies, Inc.** _____   Case number (if known) _____

7. **Describe debtor's business**   A. Check one:

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. Check all that apply:

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   ____ ____ ____ ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   Check one:

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11.   Check all that apply:

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☐ No

   ☑ Yes. District **Southern District of Texas - H**  When **02/05/2015**   Case number **15-30781**
                                                          MM / DD / YYYY
         District **Southern District of Texas - H**  When **02/05/2015**   Case number **15-32751**
                                                          MM / DD / YYYY
         District _____   When _____   Case number _____
                                                   MM / DD / YYYY

Debtor **R. Hassell Holding Companies, Inc.**                                Case number (if known) _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes. | Debtor **Hassell 2012 Joint Venture**<br>District **Southern District of Texas - Houston Div**<br>Case number, if known **18-31189**<br><br>Debtor _____<br>District _____<br>Case number, if known _____ | Relationship **Debtor is Partner**<br>When **03/08/2018**<br>MM / DD / YYYY<br><br>Relationship _____<br>When _____<br>MM / DD / YYYY |

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**   *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**   _____
                                Number   Street
                                _____
                                _____                _____   _____
                                City                          State   ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

---

## Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    *Check one:*

    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 3

Debtor **R. Hassell Holding Companies, Inc.**  Case number (if known) _____

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/29/2018**
MM / DD / YYYY

X **/s/ Royce J. Hassell**                **Royce J. Hassell**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Leonard H. Simon**           Date **06/29/2018**
Signature of attorney for debtor              MM / DD / YYYY

**Leonard H. Simon**
Printed name

**Pendergraft & Simon**
Firm name

**The American Tower**
Number    Street

**2929 Allen Parkway Suite 200**

**Houston**            **TX**      **77019**
City            State    ZIP Code

**(713) 528-8555**          **lsimon@pendergraftsimon.com**
Contact phone          Email address

**TBN-18387400 SDOT-8200**
Bar number          State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

AMI
710 N. Post Oak Road, Suite 208
Houston, TX 77024


Barry Conge Harris LLP
1800 West Loop South, Suite 750
Houston, TX 77027


Buck Keenan, LLP
700 Louisiana, Suite 5100
Houston, TX 77002


Carol Davis Reporting, Records & Video,
7838 Hillmont
Houston, TX 77040


Chase Card Services
P.O. Box 94014
Palatine, IL 60094-4014


Coats Rose Judgment


Ford 2015 F250
P.O. Box 15271
Irving, TX 75015-2271


Ford 2017 F250
P.O. Box 15271
Irving, TX 75015-2271


Ford 2017 F450
P.O. Box 15271
Irving, TX 75015-2271

Ford Mustang
P.O. Box 15271
Irving, TX 75015-2271


HSSK
952 Echo Lane, Suite 200
Houston, TX 77024


Interface Consulting Int'l, Inc.
One Riverway, Ste. 2350
Houston, TX 77056


Juan Gonzalez
5302 Maple
Bellaire, TX 77401


Lexitas
P..O. Box 4227
Houston, TX 77210-4227


Locke Lord LLP
600 Travis, Suite 2800
Houston, TX 77002


Omnivere, LLC
P.O. Box 71727
Chicago, IL 60694-1727


R. Hassell & Co., Inc.
12807 Haynes Road, Bldg. C
Houston, TX 77066


R. Hassell Builders, Inc.
12807 Haynes Road, Bldg. C
Houston, TX 77066

R. Hassell Properties, Inc.
12807 Haynes Road, Bldg. C
Houston, TX 77066


Royce & Silvia Hassell (retainer for Int
5302 Maple
Bellaire, TX 77401


Royce J. Hassell
12807 Haynes Road, Bldg. C
Houston, TX 77066


Royce J. Hassell (reimb. legal bills pd.
5302 Maple
Bellaire, TX 77401


Texan Floor
2055 Silber, Suite 108
Houston, TX 77055


Texas Capital (Addendum 5)
2350 Lakeside Blvd., Suite 605
Richardson, TX 75082


Texas Capital (PC 200)
2350 Lakeside Blvd., Suite 605
Richardson, TX 75082


Texas Capital Bank (Addendum #3)
2350 Lakeside Boulevard, Suite 605
Richardson, TX 75082


Xact Data Discovery - DATX
P.O. Box 6594
Carol Stream, IL 60197-6594