**Fill in this information to identify the case:**

Debtor name: **R. Hassell Holding Companies, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Locke Lord LLP<br>600 Travis, Suite 2800<br>Houston, TX 77002 | | | Disputed | | | $808,596.95 |
| 2 | AMI<br>710 N. Post Oak Road, Suite 208<br>Houston, TX 77024 | | | | $449,852.78 | $0.00 | $449,852.78 |
| 3 | AMI<br>710 N. Post Oak Road, Suite 208<br>Houston, TX 77024 | | | | $275,420.06 | $0.00 | $275,420.06 |
| 4 | Texas Capital (Addendum 5)<br>2350 Lakeside Blvd., Suite 605<br>Richardson, TX 75082 | | | | $271,276.84 | $0.00 | $271,276.84 |
| 5 | HSSK<br>952 Echo Lane, Suite 200<br>Houston, TX 77024 | | | | | | $148,267.40 |

Debtor     **R. Hassell Holding Companies, Inc.**                      Case number (if known) _____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Texas Capital Bank (Addendum #3) 2350 Lakeside Boulevard, Suite 605 Richardson, TX 75082 | | | | $126,061.10 | $0.00 | $126,061.10 |
| 7 | Barry Conge Harris LLP 1800 West Loop South, Suite 750 Houston, TX 77027 | | | Disputed | | | $109,850.31 |
| 8 | Juan Gonzalez 5302 Maple Bellaire, TX 77401 | | | | | | $100,000.00 |
| 9 | Texas Capital (PC 200) 2350 Lakeside Blvd., Suite 605 Richardson, TX 75082 | | | | $80,000.00 | $0.00 | $80,000.00 |
| 10 | Ford 2017 F450 P.O. Box 15271 Irving, TX 75015-2271 | | | | $76,727.23 | $0.00 | $76,727.23 |
| 11 | Ford Mustang P.O. Box 15271 Irving, TX 75015-2271 | | | | $61,587.98 | $0.00 | $61,587.98 |
| 12 | Ford 2017 F250 P.O. Box 15271 Irving, TX 75015-2271 | | | | $53,074.95 | $0.00 | $53,074.95 |
| 13 | Interface Consulting Int'l, Inc. One Riverway, Ste. 2350 Houston, TX 77056 | | | Disputed | | | $25,023.75 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2

Debtor **R. Hassell Holding Companies, Inc.**  Case number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 14 | Buck Keenan, LLP<br>700 Louisiana, Suite 5100<br>Houston, TX 77002 | | | Disputed | | | $21,769.52 |
| 15 | Ford 2015 F250<br>P.O. Box 15271<br>Irving, TX 75015-2271 | | | | $17,780.00 | $0.00 | $17,780.00 |
| 16 | Texan Floor<br>2055 Silber, Suite 108<br>Houston, TX 77055 | | | | | | $17,700.70 |
| 17 | Lexitas<br>P..O. Box 4227<br>Houston, TX 77210-4227 | | | | | | $12,933.05 |
| 18 | Royce & Silvia Hassell (retainer for Int<br>5302 Maple<br>Bellaire, TX 77401 | | | | | | $10,000.00 |
| 19 | Chase Card Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | | | | | $7,813.50 |
| 20 | Omnivere, LLC<br>P.O. Box 71727<br>Chicago, IL 60694-1727 | | | | | | $4,307.03 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3