Leonard H. Simon, Bar No. TBN-18387400 SDOT-8200
Pendergraft & Simon
The Riviana Building
2777 Allen Parkway Suite 800
Houston, TX 77019
(713) 528-8555
Attorney for the Petitioner

# UNITED STATES BANKRUPTCY COURT FOR THE

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: **R. Hassell Holding Companies, Inc.**

Debtor(s)

Address: **12807 HAYNES RD BLDG C
HOUSTON, TX 77066-1123**

Case No.:
SSN: **76-0657733**
SSN:

## Numbered Listing of Creditors

Chapter: **11**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | AMI<br>710 N. Post Oak Road, Suite 208<br>Houston, TX 77024<br>N/A | Secured Claim | $449,852.78 |
| 2. | AMI<br>710 N. Post Oak Road, Suite 208<br>Houston, TX 77024<br>N/A | Secured Claim | $275,420.06 |
| 3. | Barry Conge Harris LLP<br>1800 West Loop South, Suite 750<br>Houston, TX 77027<br>N/A | Unsecured Claim | $109,850.31 |
| 4. | Buck Keenan, LLP<br>700 Louisiana, Suite 5100<br>Houston, TX 77002<br>xxxxxx #xx435.1 | Unsecured Claim | $21,769.52 |
| 5. | Carol Davis Reporting, Records & Video,<br>7838 Hillmont<br>Houston, TX 77040<br>xxxx #xxxx-x1995 | Unsecured Claim | $1,774.36 |
| 6. | Chase Card Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014<br>xxxx-xxxx-xxxx-1199 | Unsecured Claim | $7,813.50 |

in re:  **R. Hassell Holding Companies, Inc.**

Debtor                                                                        Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7. Coats Rose Judgment | Unsecured Claim | |
| 8. Ford 2015 F250<br>P.O. Box 15271<br>Irving, TX 75015-2271<br>xxxx3408 | Secured Claim | $17,780.00 |
| 9. Ford 2017 F250<br>P.O. Box 15271<br>Irving, TX 75015-2271<br>xxxx3940 | Secured Claim | $53,074.95 |
| 10. Ford 2017 F450<br>P.O. Box 15271<br>Irving, TX 75015-2271<br>xxxx4181 | Secured Claim | $76,727.23 |
| 11. Ford Mustang<br>P.O. Box 15271<br>Irving, TX 75015-2271<br>xxxx5900 | Secured Claim | $61,587.98 |
| 12. HSSK<br>952 Echo Lane, Suite 200<br>Houston, TX 77024<br>xxxxxxxxxx #xx1013 | Unsecured Claim | $148,267.40 |
| 13. Interface Consulting Int'l, Inc.<br>One Riverway, Ste. 2350<br>Houston, TX 77056<br>xx2-RHC | Unsecured Claim | $25,023.75 |
| 14. Juan Gonzalez<br>5302 Maple<br>Bellaire, TX 77401<br>N/A | Unsecured Claim | $100,000.00 |
| 15. Lexitas<br>P..O. Box 4227<br>Houston, TX 77210-4227<br>xxx #xx8093 | Unsecured Claim | $12,933.05 |

in re: **R. Hassell Holding Companies, Inc.**

Debtor                                                                                    Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16. Locke Lord LLP<br>600 Travis, Suite 2800<br>Houston, TX 77002<br>xxxx #xxxxxxx.x0003 | Unsecured Claim | $808,596.95 |
| 17. Omnivere, LLC<br>P.O. Box 71727<br>Chicago, IL 60694-1727<br>xxx0421 | Unsecured Claim | $4,307.03 |
| 18. R. Hassell & Co., Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066<br>N/A | Unsecured Claim | |
| 19. R. Hassell Builders, Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066<br>N/A | Unsecured Claim | |
| 20. R. Hassell Properties, Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066<br>N/A | Unsecured Claim | |
| 21. Royce & Silvia Hassell (retainer for Int<br>5302 Maple<br>Bellaire, TX 77401<br>N/A | Unsecured Claim | $10,000.00 |
| 22. Royce J. Hassell<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066<br>N/A | Unsecured Claim | |
| 23. Royce J. Hassell (reimb. legal bills pd.<br>5302 Maple<br>Bellaire, TX 77401<br>N/A | Unsecured Claim | |
| 24. Texan Floor<br>2055 Silber, Suite 108<br>Houston, TX 77055<br>N/A | Unsecured Claim | $17,700.70 |

in re: **R. Hassell Holding Companies, Inc.**

Debtor                                                                      Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. Texas Capital (Addendum 5)<br>2350 Lakeside Blvd., Suite 605<br>Richardson, TX 75082<br>#xxx393-5 | Secured Claim | $271,276.84 |
| 26. Texas Capital (PC 200)<br>2350 Lakeside Blvd., Suite 605<br>Richardson, TX 75082<br>#xxx393-4 | Secured Claim | $80,000.00 |
| 27. Texas Capital Bank (Addendum #3)<br>2350 Lakeside Boulevard, Suite 605<br>Richardson, TX 75082<br>#xxx393-3 | Secured Claim | $126,061.10 |
| 28. Xact Data Discovery - DATX<br>P.O. Box 6594<br>Carol Stream, IL 60197-6594<br>xxxOCKE | Unsecured Claim | $3,660.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

**DECLARATION**

I, **R. Hassell Holding Companies, Inc.**                                                                      ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of __4__ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: **/s/ Royce J. Hassell**                                    Date: 6/29/2018
    **Royce J. Hassell**
    **President**

Page 4