**Fill in this information to identify the case**

Debtor name  **The R. Hassell Holding Companies Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)  **18-33541**

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes.  Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **checking-RHC**<br>**Allegiance Bank - XXXXXX2110**<br>**1,079.07** | **Checking account** | 2 1 1 0 | $1,079.07 |
| 3.2. **general checking-RHB** | **general checking** | 2 1 4 4 | $1,222.84 |
| 3.3. **Payroll-RHB** | **Payroll** | 5 4 6 8 | $72.27 |
| 3.4. **general checking-RHHC**<br>**Trustmark** | **general** | 2 1 0 0 | $168.11 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$2,542.29**

---

| Debtor | **The R. Hassell Holding Companies Inc.** | Case number (if known) | **18-33541** |
|---|---|---|---|
| | Name | | |

## Part 2:  Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

| 11a.  90 days old or less: | **$52,200.11** | – | **$0.00** | = | ······· ➔ | **$52,200.11** |
|---|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b.  Over 90 days old: | **$230,074.00** | – | **$0.00** | = | ······· ➔ | **$230,074.00** |
| | face amount | | doubtful or uncollectible accounts | | | |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$282,274.11

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method
used for current value

Current value of
debtor's interest

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

| Debtor | The R. Hassell Holding Companies Inc. | Case number (if known) | 18-33541 |
|---|---|---|---|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | $0.00 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

| Debtor | The R. Hassell Holding Companies Inc. | Case number (if known) | 18-33541 |
|---|---|---|---|
| | Name | | |

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Furniture | Unknown | Estimated | $500.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$500.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Ford F250  Truck 1FDT7WZBTOHEE17911** | Unknown | | $63,000.00 |
| 47.2. **Ford F250  Truck 1FT7W2BT4FECO4151** | Unknown | Diff of owed and TXDMV | $22,000.00 |
| 47.3. **Ford F450  Truck 1FDOX4HTOHED9236** | Unknown | | $86,000.00 |
| 47.4. **Ford Car** | | | |
| **S#1fa6p8JZ1H5525302** | Unknown | | $71,000.00 |
| 47.5. **Tow behind trailers** | | | $5,000.00 |

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 4

Debtor  **The R. Hassell Holding Companies Inc.**                  Case number (if known) __18-33541__
        Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

| | | | |
|---|---|---|---|
| Komatsu Backhoe2006WB140-2N-3BP A22403 | Unknown | Insured Value | $26,355.00 |
| Ingersol Rmatic Roller 9 Wheel 10-12 Ton2000 PT125R157682 | | Insured value | $16,000.00 |
| Komatsu Crawler Dozer 2006D41 P6C B41158 | Unknown | insurance value | $41,414.00 |
| Komatsu Excavator  2005PC4006C-7L 50341 | Unknown | Insured Value | $55,533.00 |
| Komatsu Excavator  2007PC300LC-7EO A88619 | Unknown | insured value | $100,000.00 |
| John Deere Wheel Loader        1998TC44H 564909 | | insured value | $30,000.00 |
| Komatsu Wheel Loader1999WA 120-3L A30089 | Unknown | Insured value | $35,560.00 |
| Komatsu Wheel Loader2004WA250-SL A73284 | Unknown | Insured value | $30,500.00 |
| Komatsu Wheel Loader2006WA250-SL A74094 | Unknown | insured value | $52,710.00 |
| Cmi Reclaimer Stabilizer  2002RS 425 526-253 | Unknown | Insured Value | $50,000.00 |
| Cmi Reclaimer Stabilizer  2008RS 425-B526-310 | Unknown | Insured Value | $100,000.00 |
| John Deere 94001997ST00031053 RW9400P001010 | Unknown | Insured Value | $34,000.00 |
| John Deere 94001997ST40004514 RW9400P001555 | Unknown | insured value | $30,000.00 |
| John Deere 94002001 RW9400P040292 | | insured value | $40,500.00 |
| Sweeper Broom 8'1997RJ30088360 | | Insured value | $20,000.00 |
| Ford Water Truck  2000 gal2007F750XL 3FRWF75E47V5155786 | Unknown | insured value | $40,473.00 |
| Storage Container198920' x 8' 4517020 | Unknown | Estimated Value | $200.00 |
| Amida  Light TowerAL4060D4MH (40399 ) 011272966 | Unknown | esitmated value | $10,000.00 |
| CORE CUT  CONCRETE SAW   2007 CC6560 XLS1303920 | | estimated vlaue | $3,000.00 |
| Amida  Light TowerAL4060D4MH (548578)  FYF11971 | Unknown | estimated value | $5,000.00 |
| Storage Container199320' x 8' 2592355 | Unknown | estimated value | $200.00 |

| Debtor | The R. Hassell Holding Companies Inc. | | Case number (if known) | 18-33541 |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Storage Container200620' x 8' 23U962 | Unknown | estimated value | $200.00 |
| Storage Container199120' x 8' 2381187 | Unknown | estimated value | $200.00 |
| Morrison Concrete Super Screed 30' 2001 OMS10SUPHE201746 | Unknown | Estimated Value | $1,000.00 |
| CAT 140H MotorGrader 2zk08097 | | Insured Value | $75,299.00 |
| Komatsu Bomag Roller 90158571257 | Unknown | Insured value | $61,181.00 |
| Komatsu Motorgrader TB20035 | | Insured Value | $131,774.00 |
| Bomag Roller 101583611036 | | | $0.00 |
| Komatsu Backhoe WB14-2N-38P A22403 | | | $0.00 |
| Komatsu D65PX-12 D41 P6C 65400 | | | $0.00 |
| 2006 International 2400 Water Truck 1htmpafp66h336580 | | Estimated Value | $28,000.00 |
| 2014 Blaw Knox Sweeper Broom CB90 109405 | | estimated Value | $20,000.00 |
| 2012 Volvo G940B Motorgrader 575327 | | Insured value | $195,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$1,481,099.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **The R. Hassell Holding Companies Inc.** | Case number (if known) | **18-33541** |
|---|---|---|---|
| | Name | | |

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | | |
|---|---|---|---|
| **Previous Years NOL** | Tax year | **2017** | Unknown |
| **2017 NOL** | Tax year | | Unknown |
| **2018 NOL** | Tax year | | Unknown |

**73. Interests in insurance policies or annuities**

Debtor    **The R. Hassell Holding Companies Inc.**      Case number (if known)   **18-33541**
Name

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**cause of Action:**
**Alliant Insurance Company & Rhesa Bolton, Liberty Mutual Insurance & Surety, Southwest Escrow, CHS/AG Group Insurance, Rosalyn Hassell, Scott Chapman, AIG Insurance**

**Property:Trust Funds**                                Unknown

| Nature of claim | **Multiple: Fraud, DTPA, Bad Faith, Failur** |
| Amount requested | |

**Cause of Action: CommunityBank Texas, N.A.**

**Fraud, Improper Disclosure, 2 garnishments**            Unknown

| Nature of claim | **Fraud, Disclosure ,garnishment** |
| Amount requested | |

**Cause of Action: Coats Rose Law Firm, Richard Rose, Pat Gaas, Heather Asselin, David Lynch**

**Tyler & Das, Mickey Das**

**Rentea and Associates, Bogdan Rentea**

**Property: Trust Funds**                             Unknown

| Nature of claim | **Fraud, Breach of Fed. Duty, Disgorgement** |
| Amount requested | |

**Cause of Action: Hassell 2012 Joint Venture**

**Multiple causes of action**                          Unknown

| Nature of claim | **Various & Multiple causes** |
| Amount requested | |

**Cause of Action: HCID 18, Exxon, Springwoods Realty, Walter P. Moore, Costello Engineering, Trunkline Gas Co., LLC, Panhandle Eastern Pipleine LP, Southern Union Panhandle LLC, Sea Robin Pipeline LLC, Isaacks Directional Drilling, Isaacks Contracting, Inc.**

**Nature: Quatuem Merit, Trust Funds**              Unknown

| Nature of claim | **Contract, Fraud, Negligence** |
| Amount requested | |

**Cause of Action: Texan Floor Services**

**Trust Funds**                                    Unknown

| Nature of claim | **Fraud, Conspiracy** |
| Amount requested | |

Debtor __The R. Hassell Holding Companies Inc._____     Case number (if known) __18-33541_____
        Name

**Cause of Action:**
**Hassell Construction Co., Inc.**
**Hassell Management Services**
**Hassell Construction Group**
**James C. Hassell**
**James P. Hassell**
**Michael L. Hassell**

| | |
|---|---|
| **Trust Funds. Fradulent Transfers** | **Unknown** |
| Nature of claim __**Multiple: Fraud**_____ | |
| Amount requested _____ | |

**Cause of Action:**
**Springwoods Joint Venture**

| | |
|---|---|
| **Labor & equipment costs, lost profits, exemplary damages, Fraud** | **Unknown** |
| Nature of claim __**Multiple causes of action**_____ | |
| Amount requested _____ | |

| | |
|---|---|
| **Cause of Action: Interface Consulting Intl, Inc.** **and or counterclaim** | **$0.00** |
| Nature of claim __**Breach of contract**_____ | |
| Amount requested _____ | |

| | |
|---|---|
| **Cause of Action:** **Barry Conge Harris LLP, Buck Keenan LLP** | **$0.00** |
| Nature of claim __**Counterclaim/malpractice**_____ | |
| Amount requested _____ | |

| | |
|---|---|
| **Cause of Action: Binnacle Development  & Construction LLC** **Used equipment to improve** **real property and owner did not pay** | **$0.00** |
| Nature of claim __**Contract/fraud/lien/quantum merit/DTPA**__ | |
| Amount requested _____ | |

| | |
|---|---|
| **Cause of Action: Lone Trail Development, LLC** | |
| **used equipment to improve real property and owner did not pay** | **$0.00** |
| Nature of claim __**contract/lien/quantum merit/DTPA/Fraud**__ | |
| Amount requested _____ | |

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Miscellaneous handtools, small tools** | **$0.00** |
| **R. Hassell & Co., Inc., et al v. Hassell Construction Co., Inc.** | |
| **Judgement of $1,200,000** | **$0.00** |
| **Judgement against Hassell Construction Co. Inc.** | **$1,200,000.00** |

| Debtor | **The R. Hassell Holding Companies Inc.** | Case number (if known) | **18-33541** |
|---|---|---|---|
| | Name | | |

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$1,200,000.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,542.29 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $282,274.11 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,481,099.00 | |
| **88. Real property.** *Copy line 56, Part 9.*..............................................➜ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $1,200,000.00 | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | $2,966,415.40 + 91b. | $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................................

$2,966,415.40

**Fill in this information to identify the case:**

Debtor name **The R. Hassell Holding Companies Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-33541**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

**Creditor's name**
**AMI**

**Creditor's mailing address**
**710 N. Post Oak Rd, Ste. 208**

**Houston          TX    77024**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**real estate/vessel**

**Describe the lien**
**z**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$449,852.78          $0.00

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$1,411,780.94

Debtor **The R. Hassell Holding Companies Inc.** _____ Case number (if known) **18-33541**

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| **2.2** | | |
|---|---|---|

**Creditor's name**
AMI

**Creditor's mailing address**
710 N. Post Oak Rd., Ste 208

_____

Houston            TX   77024

**Creditor's email address, if known**

_____

Date debt was incurred   _____

Last 4 digits of account
number              ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
      relative priority?

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is
subject to a lien**
real estate/vessel

**Describe the lien**
z

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$275,420.06          $0.00

| **2.3** | | |
|---|---|---|

**Creditor's name**
Ford Credit

**Creditor's mailing address**
P.O. Box 15271

_____

Irving            TX   75015-2271

**Creditor's email address, if known**

_____

Date debt was incurred   10/13/2017

Last 4 digits of account
number              3   9   4   0

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
      relative priority?

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is
subject to a lien**
Truck

**Describe the lien**
v

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$53,074.95          $63,000.00

**2017 F250  vin 1fdt7wzbt0hee17911**

Debtor    **The R. Hassell Holding Companies Inc.** _____    Case number (if known)  **18-33541**

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

---

**2.4**

**Creditor's name**
**Ford Credit**

**Creditor's mailing address**
**P.O. Box 15271**

_____

**Irving                TX    75015-2271**

**Creditor's email address, if known**

_____

**Date debt was incurred    7/6/2015**

**Last 4 digits of account**
**number                 3   4   0   8**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2015 F250**

**Describe debtor's property that is subject to a lien**

**Truck**

**Describe the lien**

v _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,780.00    $22,000.00

---

**2.5**

**Creditor's name**
**Ford Credit**

**Creditor's mailing address**
**P.O. Box 15271**

_____

**Irving                TX    75015-2271**

**Creditor's email address, if known**

_____

**Date debt was incurred    9/25/2017**

**Last 4 digits of account**
**number                 4   1   8   1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2017 F450**

**Describe debtor's property that is subject to a lien**

**Truck**

**Describe the lien**

v _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$76,727.23    $86,000.00

---

Debtor   **The R. Hassell Holding Companies Inc.**            Case number (if known) **18-33541**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.6**

| | |
|---|---|
| Creditor's name<br>**Ford Credit** | Describe debtor's property that is subject to a lien<br>**Car S#25302** |

                                                                                  **$61,587.98**            **$71,000.00**

Creditor's mailing address
**P.O. Box 15271**

Describe the lien
v

_____

**Irving            TX    75015-2271**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

_____

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **8/11/2017**

Last 4 digits of account
number            **5   9   0   0**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

**Mustang**

Debtor __**The R. Hassell Holding Companies Inc.**__   Case number (if known) __18-33541__

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.7**

**Creditor's name**
__Texas Capital (Addendum 5)__

**Creditor's mailing address**
__2350 Lakeside Blvd., Suite 605__

_____

__Richardson            TX   75082__

**Creditor's email address, if known**

_____

**Date debt was incurred** __10/4/2016__

**Last 4 digits of account number** __3   9   3   5__

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**For Cmi Reclaimer Stabilizer 2008RS 425-B 526-310 : 1) Texas Capital (Addendum 5).  For CAT 140H MotorGrader 2zk08097: 1) Texas Capital (Addendum 5).  For Komatsu Bomag Roller 90158571257: 1) Texas Capital (Addendum 5).  For Bomag Roller 101583611036: 1) Texas Capital (Addendum 5).  For Komatsu Backhoe WB14-2N-38P A22403: 1) Texas Capital (Addendum 5).  For Komatsu D65PX-12 D41 P6C 65400: 1) Texas Capital (Addendum 5).  For Komatsu Backhoe2006WB140-2N-3BPA22403 : 1) Texas Capital (Addendum 5).  For Ingersol Rmatic Roller 9 Wheel 10-12 Ton2000PT125R 157682: 1) Texas Capital (Addendum 5).  For Komatsu Wheel Loader2004WA250-SLA73284 : 1) Texas Capital (Addendum 5); 2) Texas Capital Bank (Addendum #3).  For 2014 Blaw Knox Sweeper Broom CB90 109405: 1) Texas Capital (Addendum 5).  For 2006 International 2400 Water Truck 1htmpafp66h336580: 1) Texas Capital (Addendum 5).  For Komatsu Excavator  2005**

**Describe debtor's property that is subject to a lien**
**Various pieces of equipment**

**Describe the lien**
**Secuirty Interest**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$271,276.84        $454,282.00

Debtor   **The R. Hassell Holding Companies Inc.**                    Case number (if known) **18-33541**

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.8**

**Creditor's name**
**Texas Capital (PC 200)**

**Creditor's mailing address**
**2350 Lakeside Blvd., Suite 605**

_____

**Richardson          TX    75082**

**Creditor's email address, if known**

_____

**Date debt was incurred    2/3/2016**

**Last 4 digits of account
number          3   9   3   4**

**Do multiple creditors have an interest in
the same property?**
☐ No
☑ Yes.  Have you already specified the
   relative priority?

   ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
      specified on lines  **2.7**

**Komatsu Backhoe PC 200**

**Describe debtor's property that is
subject to a lien**
**Various pieces of equipment**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$80,000.00**          **$96,947.00**

---

**2.9**

**Creditor's name**
**Texas Capital Bank (Addendum #3)**

**Creditor's mailing address**
**2350 Lakeside Boulevard, Suite 605**

_____

**Richardson          TX    75082**

**Creditor's email address, if known**

_____

**Date debt was incurred    1/27/2016**

**Last 4 digits of account
number          3   9   3   3**

**Do multiple creditors have an interest in
the same property?**
☐ No
☑ Yes.  Have you already specified the
   relative priority?

   ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
      specified on lines  **2.7**

**2-John Deere 9400, CMI Reclaimer, Komatsu 300**

**Describe debtor's property that is
subject to a lien**
**Various pieces of equipment**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$126,061.10**          **$241,447.00**

---

Official Form 206D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 6

**Fill in this information to identify the case:**

Debtor name **The R. Hassell Holding Companies Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-33541**   Chapter **11**
(if known)

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Truck Financing-2017 F250 | Ford Credit |
| | | | P.O. Box 15271 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Irving          TX     75015-2271 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Truck Financing  2017 F450 | Ford Credit |
| | | | P.O. Box 15271 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Irving          TX     75015-2271 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Truck financing  Ford 2015 F250 | Ford Credit |
| | | | P.O. Box 15271 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Irving          TX     75015-2271 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Financing for Car | Ford Credit |
| | | | PO Box 15271 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Irving          TX     77015 |

Debtor    **The R. Hassell Holding Companies Inc.**    Case number (if known) **18-33541**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.5** State what the contract or lease is for and the nature of the debtor's interest

**Financing for Various pieces of equipment**

**Texas Capital (Addendum 5)**

**2350 Lakeside Blvd., Suite 605**

State the term remaining

List the contract number of any government contract

**Richardson** **TX** **75082**

**2.6** State what the contract or lease is for and the nature of the debtor's interest

**Financing for piece of equipment**

**Texas Capital (PC 200)**

**2350 Lakeside Blvd., Suite 605**

State the term remaining

List the contract number of any government contract

**Richardson** **TX** **75082**

**2.7** State what the contract or lease is for and the nature of the debtor's interest

**Various pieces of equipment**

**Texas Capital Bank (Addendum #3)**

**2350 Lakeside Boulevard, Suite 605**

State the term remaining

List the contract number of any government contract

**Richardson** **TX** **75082**

**Fill in this information to identify the case:**

Debtor name  **The R. Hassell Holding Companies Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **18-33541**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| **2.1**   **R. Hassell & Co. Inc-Debtor** | **12807 Haynes Rd., Bldg C**<br>Number   Street<br><br>**Houston**    **TX**   **77066**<br>City     State   ZIP Code | **Ford Credit** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2**   **R. Hassell & Co., Inc.** | **12807 Haynes Rd., Bldg C**<br>Number   Street<br><br>**Houston**    **TX**   **77066**<br>City     State   ZIP Code | **Barry Conge Harris LLP** | ☐ D<br>☑ E/F<br>☐ G |
| **2.3**   **R. Hassell & Co., Inc.--Debtor** | Number   Street<br><br>City     State   ZIP Code | **Ford Credit** | ☑ D<br>☐ E/F<br>☐ G |
| **2.4**   **R. Hassell & Co., Inc.-Debtor** | **12807 Haynes Rd., Bldg C**<br>Number   Street<br><br>**Houston**    **TX**   **77066**<br>City     State   ZIP Code | **Ford Credit** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **The R. Hassell Holding Companies Inc.**          Case number (if known)   **18-33541**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

*Check all schedules that apply:*

**Name** | **Mailing address** | **Name**

### 2.5 R. Hassell Properties, Inc.
**12807 Haynes. Rd., Bldg C**
Number     Street

**Houston**          **TX**   **77066**
City               State   ZIP Code

Name: **AMI**

☑ D
☐ E/F
☐ G

### 2.6 R. Hassell Properties, Inc.
**12807 Haynes Rd., Bldg C**
Number     Street

**Houston**          **TX**   **77277**
City               State   ZIP Code

Name: **AMI**

☑ D
☐ E/F
☐ G

### 2.7 R. Hassell Properties, Inc.
**12807 Haynes Rd., Bldg C**
Number     Street

**Houston**          **TX**   **77066**
City               State   ZIP Code

Name: **Texas Capital (Addendum 5)**

☑ D
☐ E/F
☐ G

### 2.8 R. Hassell Properties, Inc.
**12807 Haynes Rd., Bldg C**
Number     Street

**Houston**          **TX**   **77066**
City               State   ZIP Code

Name: **Texas Capital (PC 200)**

☑ D
☐ E/F
☐ G

### 2.9 R. Hassell Properties, Inc.
**12807 Haynes Rd., Bldg C**
Number     Street

**Houston**          **TX**   **77066**
City               State   ZIP Code

Name: **Texas Capital Bank (Addendum #3)**

☑ D
☐ E/F
☐ G

### 2.10 Ricardo Todeschini
**PO Box 270291**
Number     Street

**Houston**          **TX**   **77277**
City               State   ZIP Code

Name: **AMI**

☑ D
☐ E/F
☐ G

### 2.11 Ricardo Todeschini
**PO Box 270291**
Number     Street

**Houston**          **TX**   **77277**
City               State   ZIP Code

Name: **AMI**

☑ D
☐ E/F
☐ G

Debtor **The R. Hassell Holding Companies Inc.**      Case number (if known) **18-33541**

---

### ■ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| 2.12 | Rossi Rivi | **PO BOX 270291**<br>Number   Street<br><br>**Houton**     **TX**   **77277**<br>City                State  ZIP Code | **AMI** | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Rossi Rivi | **PO Box 270291**<br>Number   Street<br><br>**Houston**     **TX**   **77277**<br>City                State  ZIP Code | **AMI** | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | Royce & Silvia Hassell | **12807 Haynes Rd., Bldg C**<br>Number   Street<br><br>**Houston**     **TX**   **77066**<br>City                State  ZIP Code | **AMI** | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 | Royce & Silvia Hassell | **12807 Haynes Rd, Bldg. C.**<br>Number   Street<br><br>**Houston**     **TX**   **77066**<br>City                State  ZIP Code | **AMI** | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | Royce & Silvia Hassell | **12807 Haynes Rd., Bldg C**<br>Number   Street<br><br>**Houston**     **TX**   **77066**<br>City                State  ZIP Code | **Locke Lord LLP** | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 | Royce & Silvia Hassell | **12807 Haynes Rd., Bldg C**<br>Number   Street<br><br>**Houston**     **TX**   **77066**<br>City                State  ZIP Code | **Buck Keenan, LLP** | ☐ D<br>☑ E/F<br>☐ G |
| 2.18 | Royce Hassell | **12807 Haynes Rd., Bldg C**<br>Number   Street<br><br>**Houston**     **TX**   **77066**<br>City                State  ZIP Code | **Texas Capital (Addendum 5)** | ☑ D<br>☐ E/F<br>☐ G |

---

Debtor   __The R. Hassell Holding Companies Inc.__          Case number (if known) __18-33541__

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |

| | | | *Check all schedules that apply:* |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | |
| 2.19  **Royce Hassell** | **12807 Haynes Rd., Bldg C**<br>Number      Street | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| | **Houston**          **TX**   **77066**<br>City                          State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name  **The R. Hassell Holding Companies Inc.**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):  **18-33541**

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
       Copy line 88 from Schedule A/B............................................................

$0.00

    1b.  **Total personal property:**
       Copy line 91A from Schedule A/B............................................................

$2,966,415.40

    1c.  **Total of all property**
       Copy line 92 from Schedule A/B............................................................

$2,966,415.40

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................

$1,411,780.94

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of Schedule E/F........................

$0.00

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........................

+ $1,281,840.36

4.  **Total liabilities**
    Lines 2 + 3a + 3b....................................................................................

$2,693,621.30

**Fill in this information to identify the case and this filing:**

Debtor Name __**The R. Hassell Holding Companies Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**18-33541**__
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**07/16/2018**__       X __**/s/ Royce Hassell**__
MM / DD / YYYY          Signature of individual signing on behalf of debtor

**Royce Hassell**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **The R. Hassell Holding Companies Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)   **18-33541**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue
Check all that apply. | Gross revenue
(before deductions
and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **10/01/2017**
MM / DD / YYYY | to | Filing date | ☑ Operating a business
☐ Other _____ | **$552,750.00** |
| For prior year: | From **10/01/2016**
MM / DD / YYYY | to | **09/30/2017**
MM / DD / YYYY | ☑ Operating a business
☐ Other _____ | **$638,553.00** |
| For the year before that: | From **10/01/2015**
MM / DD / YYYY | to | **09/30/2016**
MM / DD / YYYY | ☑ Operating a business
☐ Other _____ | **$588,090.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue
from each source
(before deductions
and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **10/01/2017**
MM / DD / YYYY | to | Filing date | | **$0.00** |
| For prior year: | From **10/01/2016**
MM / DD / YYYY | to | **09/30/2017**
MM / DD / YYYY | **Met Life Insurance Dividend** | **$24.00** |
| For the year before that: | From **10/01/2015**
MM / DD / YYYY | to | **09/30/2016**
MM / DD / YYYY | **Met life Insurance Dividend** | **$24.00** |

Debtor    **The R. Hassell Holding Companies Inc.** _____    Case number (if known)  **18-33541** _____
            Name

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | **See Exhibit 1 Attached** | | _____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | _____ | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | _____ | | | ☐ Other _____ |
| | City              State    ZIP Code | | | |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | **Silvia Hassell** | **June 2017-** | **$13,296.25** | **salary -See attached exhibit 2** |
| | Insider's name | **June 2018** | | |
| | **12807 Haynes Rd., Bldg. C** | | | |
| | Street | | | |
| | **Houston, Tx 77066** | | | |
| | City              State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Director** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.2. | **Royce Hassell** | **June 2017-** | **$48,733.22** | **salary of $15,099.22** |
| | Insider's name | **June 2018** | | |
| | **12807 Haynes Rd., Bldg C** | | | **Check of $33,634.00  Exhibit 2** |
| | Street | | | |
| | **Houston, Tx 77006** | | | |
| | City              State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Officer/Shareholder/Director** | | | |

Debtor   **The R. Hassell Holding Companies Inc.**                     Case number (if known)   **18-33541**
      Name

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **R. Hassell & Co., et al v. Hassell Construction Co., Inc., et al** <br><br>**Case number** <br>**01-18-00546-CV** | **was sent to arbitration (AAA case No. 01-14-0000-3178) out of case # 201361995 in the 125th Judical Dist. Ct of Harris County** | **Texas Ct of Appeals(Houston 1st)** <br>Name <br>**301 Fannin St, Rm 245** <br>Street <br>**Houston, Tx. 77002** <br><br>City      State  ZIP Code | ☐ Pending <br>☑ On appeal <br>☐ Concluded |
| 7.2. | **Hassell 2012 Joint Venture** <br><br>**Case number** <br>**18-31189** | **InVoluntary Bankruptcy** | **US Bankruptcy Ct, South. Dist. Tx-Hou** <br>Name <br>**515 Rusk St, 4th Flr** <br>Street <br>**Houston, Tx 77002** <br><br>City      State  ZIP Code | ☑ Pending <br>☐ On appeal <br>☐ Concluded |
| 7.3. | **Hassell 2012 Joint Venture** <br><br>**Case number** <br>**15-30781** | **Involuntary** | **US Bankruptcy Ct, South. Dist. Tx-Hou** <br>Name <br>**515 Rusk St. 4th flr** <br>Street <br>**Houston, Tx. 77002** <br><br>City      State  ZIP Code | ☐ Pending <br>☐ On appeal <br>☑ Concluded |

| Debtor | **The R. Hassell Holding Companies Inc.** | Case number (if known) | **18-33541** |
|---|---|---|---|
| | Name | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Hassell Construction Co., Inc v. H.C.I.D. 18, Springwoods Realty et. al** | **Rule 39 Notice** | **333rd Jud. Dist. Ct. of Harris County** <br> Name <br> **201 Caroline, 14th Flr** <br> Street <br> **Houston, Tx 77002** <br> City                State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **201684811** | | | |
| 7.5. | **R. Hassell & Co et al v. CommunityBankof Texas, NA** | **Garnishment** | **61st Judical Dt. of Harris County,Tx.** <br> Name <br> **201 Caroline, 14th Flr** <br> Street <br> **Houston, Tx 77002** <br> City                State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **201361995A** | | | |
| 7.6. | **R. Hassell & Co et al v. CommunityBankof Texas, NA** | **Garnishment** | **61st Judical Dt. of Harris County,Tx.** <br> Name <br> **201 Caroline, 9th Flr** <br> Street <br> **Houston, Tx 77002** <br> City                State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **201361995B** | | | |
| 7.7. | **HCCI Derivatively by & through Royce Hassell et al v. H.C.I 18, Springwood Realty et al** | Nature of case | **Texas Court of Appeals (Houston 1st D** <br> Name <br> **301 Fannin St. Rm 245** <br> Street <br> **Houston, Tx 77002** <br> City                State   ZIP Code | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| | Case number <br> **01-17-00822-CV** | | | |
| 7.8. | **R Hassell Holding Co., Inc et al v. Richard Rose et al** | **Malpractice, fraud** | **Texas Court of Appeals (Houston 14th** <br> Name <br> **301 Fannin St., Rm 245** <br> Street <br> **Houston, Tx 77002** <br> City                State   ZIP Code | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| | Case number <br> **14-17-00208-CV** | | | |
| 7.9. | **Hassell Construction Co., Inc v. H.C.I.D. 18, Springwoods Realty et. al** | Nature of case | **Texas Ct of Appeals (Houston 1st Dist** <br> Name <br> **301 Fannin Rm 245** <br> Street <br> **Houston, Tx 77002** <br> City                State   ZIP Code | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| | Case number <br> **01-17-00154-CV** | | | |

| Debtor | The R. Hassell Holding Companies Inc. | | Case number (if known) | 18-33541 |
|---|---|---|---|---|
| | Name | | | |

**7.10.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Hassell Construction Co., Inc. v. Trunkline Gas Co., Inc et al | | 133 Judical Dist. of Harris County, Tx.<br>Name | ☑ Pending |
| | | | ☐ On appeal |
| | | Street | ☐ Concluded |

Case number
201429648

City          State   ZIP Code

**7.11.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| R. Hassell & Co., Inc. et al v. Hassell Constuction Co., Inc et al | Removal Action | US Bankruptcy Ct-So. Dist.-Houston<br>Name | ☐ Pending |
| | | 515 Rusk St. 4th flr<br>Street | ☐ On appeal |
| | | Houston, Tx 77002 | ☑ Concluded |

Case number
18-03042

City          State   ZIP Code

**7.12.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| in re: Royce & Silvia Hassell et al | Mandamus | Texas Ct of Appeal Houston 1st Dist.<br>Name | ☐ Pending |
| | | 301 Fannin St, Rm 245<br>Street | ☐ On appeal |
| | | Houston Tx 77002 | ☐ Concluded |

Case number
01-14-00996-CV

City          State   ZIP Code

**7.13.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| in re: R. Hassell & Co., Inc et al | Mandamus | Texas Ct of Appeal Houston 1st Dist.<br>Name | ☐ Pending |
| | | 301 Fannin St, Rm 245<br>Street | ☐ On appeal |
| | | Houston Tx 77002 | ☐ Concluded |

Case number
01-14-00349-CV

City          State   ZIP Code

**7.14.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| R. Hassell Builders, Inc. v. Texas Floor Service Ltd | Contract | Supreme Court of Texas<br>Name | ☑ Pending |
| | | 201 W. 14th St, Rm 104<br>Street | ☐ On appeal |
| | | Austin, Tx 78701 | ☐ Concluded |

Case number
18-0347

City          State   ZIP Code

Debtor    __The R. Hassell Holding Companies Inc._____    Case number (if known) __18-33541____
             Name

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **none** | | | |
| Recipient's name | | | |
| Street | | | |
| City                    State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5:    Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Pendergraft & Simon LLP** | | **june/july 2018** | **$17,000.00** |
| **Address** | | | |
| **2929 Allen Parkway, Suite 200** | | | |
| Street | | | |
| **Houston, TX 77019** | | | |
| City                    State    ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| **$15kRoyce Hassell & $2k  R. Hassell & Co** | | | |

Debtor   __The R. Hassell Holding Companies Inc._____   Case number (if known)   __18-33541_____
  Name

**12.** **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.** **Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Joel Builders**_____ | **Sold Ford 150 Truck 1ftew1ew4fkd77396** | **June 2018**___ | **$23,000.00**___ |

**Address**

__12807 Haynes Rd., Bldg. C_____
Street
__Houston, Tx. 77066_____

_____
City                              State        ZIP Code

**Relationship to debtor**

__Joel 50% owned by a co. that Royce owns__

---

**Part 7:     Previous Locations**

**14.** **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

|  | Address | | Dates of occupancy | |
|---|---|---|---|---|
| | | | From | To |
| 14.1. | __12211 Cutten Rd., Ste. A_____ | | __2011__ | __January 2018__ |
| | Street | | | |
| | __Houston, Tx. 77066_____ | | | |
| | City                          State        ZIP Code | | | |

Debtor  **The R. Hassell Holding Companies Inc.**                    Case number (if known) **18-33541**
         Name

| Part 8: | Health Care Bankruptcies |

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
         ☐ No.  Go to Part 10.
         ☐ Yes.  Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor   **The R. Hassell Holding Companies Inc.** _____   Case number (if known)   **18-33541** _____
　　　　　Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- _Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- _Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- _Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **R. Hassell & Co., Inc.** | **Construction Business** | Do not include Social Security number or ITIN. |
| | Name | | |
| | **12807 Haynes Rd., Bldg. C** | | EIN: _7_ _6_ – _0_ _3_ _4_ _6_ _4_ _9_ _4_ |
| | Street | | |
| | **Houston, Tx. 77066** | | Dates business existed |
| | City　　　　　　　State　ZIP Code | | From _**1991**_　To _**present**_ |

Debtor   **The R. Hassell Holding Companies Inc.**          Case number (if known)   **18-33541**
Name

| | | |
|---|---|---|
| **Business name and address** | **Describe the nature of the business** | **Employer Identification number** |
| 25.2.  **R. Hassell Builders., Inc.** | **Construction Business** | Do not include Social Security number or ITIN. |
| Name | | |
| **12807 Haynes Rd, Bldg. C** | | EIN:  **7   6 – 0   5   0   2   5   1   4** |
| Street | | |
| **Houston, Tx. 77066** | | **Dates business existed** |
| | | |
| City                State    ZIP Code | | From         **1998**        To      **present** |

| | | |
|---|---|---|
| **Business name and address** | **Describe the nature of the business** | **Employer Identification number** |
| 25.3.  **Hassell 2012 Joint Venture** | **Joint Venturer in various** | Do not include Social Security number or ITIN. |
| Name | **construction projects** | |
| | | EIN:  **4   7 – 2   9   8   5   8   4   2** |
| Street | | |
| | | **Dates business existed** |
| | | |
| City                State    ZIP Code | | From _____   To _____ |

| | | |
|---|---|---|
| **Business name and address** | **Describe the nature of the business** | **Employer Identification number** |
| 25.4.  **Springwoods Joint Venture** | **Joint venturer in project** | Do not include Social Security number or ITIN. |
| Name | | |
| | | EIN:  ___  ___ – ___  ___  ___  ___  ___  ___  ___ |
| Street | | |
| | | **Dates business existed** |
| | | |
| City                State    ZIP Code | | From _____   To _____ |

**26.  Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | |
|---|---|
| **Name and address** | **Dates of service** |
| 26a.1.  **Terry Maxwell** | From _____   To _____ |
| Name | |
| **PO Box 12919** | |
| Street | |
| **Houston, Tx. 77217** | |
| | |
| City                              State          ZIP Code | |

| | |
|---|---|
| **Name and address** | **Dates of service** |
| 26a.2.  **Tammy Sequeira- Ladell CFO Services** | From _____   To _____ |
| Name | |
| **12218 Jones Rd D230** | |
| Street | |
| **Houston, Tx. 77070** | |
| | |
| City                              State          ZIP Code | |

Debtor    __The R. Hassell Holding Companies Inc._____    Case number (if known)    __18-33541_____
　　　　　Name

26b.　List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
　　　　statement within 2 years before filing this case.

　　　　☑ None

26c.　List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

　　　　☐ None

　　　　**Name and address**　　　　　　　　　　　　　　　　　　**If any books of account and records are**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**unavailable, explain why**

26c.1.　**R. Hassell Holding Co., Inc.**_____
　　　　　Name
　　　　　**12807 Haynes Rd., Bldg. C**_____
　　　　　Street
　　　　　**Houston, Tx. 77066**_____

　　　　　_____
　　　　　City　　　　　　　　　　　State　　　ZIP Code

　　　　**Name and address**　　　　　　　　　　　　　　　　　　**If any books of account and records are**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**unavailable, explain why**

26c.2.　**Royce J. Hassell**_____
　　　　　Name
　　　　　**12807 Haynes Rd., Bldg. C**_____
　　　　　Street
　　　　　**Houston, Tx. 77066**_____

　　　　　_____
　　　　　City　　　　　　　　　　　State　　　ZIP Code

26d.　List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
　　　　financial statement within 2 years before filing this case.

　　　　☐ None

　　　　**Name and address**

26d.1.　**American Arbritration Association**_____
　　　　　Name
　　　　　**13727 Noel Rd., Ste. 700**_____
　　　　　Street
　　　　　**Dallas, Tx. 75240**_____

　　　　　**unsure of time**_____
　　　　　City　　　　　　　　　　　State　　　ZIP Code

　　　　**Name and address**

26d.2.　**Trustmark Bank**_____
　　　　　Name
　　　　　**14604 Northwest Freeway**_____
　　　　　Street
　　　　　**Houston, Texas 77040**_____

　　　　　**unsure of time**_____
　　　　　City　　　　　　　　　　　State　　　ZIP Code

　　　　**Name and address**

26d.3.　**Texas Capital Bank**_____
　　　　　Name
　　　　　**2350 Lakeside Blvd., Suite 605**_____
　　　　　Street
　　　　　**RichardsonTX75082**_____

　　　　　**unsure of time**_____
　　　　　City　　　　　　　　　　　State　　　ZIP Code

| Debtor | **The R. Hassell Holding Companies Inc.** | | Case number (if known) | **18-33541** |
| | Name | | | |

**Name and address**

26d.4.  **AMI**
Name
**710 N. Post Oak Road, Suite 208**
Street
**Houston, Tx. 77024**

**unsure of time**
City                                                    State        ZIP Code

**Name and address**

26d.5.  **Comerica Bank**
Name
**2900 North Loop West, Suite 600**
Street
**Houston, TX 77092**

**unsure of time**
City                                                    State        ZIP Code

**Name and address**

26d.6.  **As discovery in various lawsuits**
Name

Street


City                                                    State        ZIP Code

**Name and address**

26d.7.  **Terry Maxwell, CPA**
Name
**PO Box 12919**
Street
**Houston, T. 77217**

City                                                    State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Royce J. Hassell** | **12807 Haynes Rd., Bldg C**<br>**Houston, Tx. 77066** | **President & Director** | **100%** |
| **Silvia E. Hassell** | **12807 Haynes Rd., Bldg. C**<br>**Houston, Tx. 77066** | **Director** | |
| **Cindy Grooms** | **12807 Haynes Rd., Bldg C**<br>**Houston, Tx 77066** | **Secretary** | |

Debtor   **The R. Hassell Holding Companies Inc.**                          Case number (if known)   **18-33541**
         Name

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **None** | | | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Royce Hassell**<br>Name<br>**12807 Haynes Rd., Bldg. C**<br>Street<br>**Houston, Tx. 77066**<br><br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**President-Director** | **salary**<br>**$15,099.22** | **June 2017-**<br>**June 2018** | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Silvia E. Hassell**<br>Name<br>**12807 Haynes Rd., Bldg. C**<br>Street<br>**Houston, Tx. 77066**<br><br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Director** | **salary**<br>**$13,296.25** | **June 2017-**<br>**June 2018**<br><br>**13296.25** | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation
**R. Hassell Holding Companies, Inc.**                   EIN: **7   6 – 0   6   5   7   7   3   3**

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

Debtor    **The R. Hassell Holding Companies Inc.**        Case number (if known)   **18-33541**
        Name

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/16/2018**
            MM / DD / YYYY

**X** **/s/ Royce Hassell**                      Printed name   **Royce Hassell**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **The R. Hassell Holding Companies Inc.** | § | Case No.  **18-33541** |
| | § | |
| Debtor(s) | § | Chapter  **11** |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
  I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
  I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:  **7/16/2018**          **/s/ Royce Hassell**
                          Royce Hassell
                          President
                          **Complete EIN:  76-0346494**

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  **7/16/2018**                    **/s/ Leonard H. Simon**
                                    Leonard H. Simon, Attorney for Debtor