# RHC VENDOR PAYMENTS
## 4/1/18 - 6/30/18

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---:|
| Bill Pmt -Check | 04/06/2018 | 47484 | Zimmern Law Firm, P.C. | | -7,000.00 |
| Bill Pmt -Check | 04/06/2018 | 47485 | Texas Capital Bank | Acct. #001393; Lease #001393-3 | -9,830.32 |
| Bill Pmt -Check | 04/06/2018 | eft | American Express | | -4,358.25 |
| Bill Pmt -Check | 04/10/2018 | 47486 | AMI | R.Hassell Holding Co., Inc.-March | -7,078.31 |
| Bill Pmt -Check | 04/16/2018 | eft | American Express | | -683.36 |
| Liability Check | 04/23/2018 | EFTPS | US Treasury Department | 76-0346494 | -104.50 |
| Liability Check | 04/23/2018 | EFTPS | US Treasury Department | 76-0346494 | -3.00 |
| Liability Check | 04/23/2018 | ACH | Texas Workforce Commission | 15-133430-0 | -2.30 |
| Bill Pmt -Check | 04/27/2018 | eft | Allegiance Bank | #1002227840 | -5,746.99 |
| Bill Pmt -Check | 05/08/2018 | 47487 | Pendergraft & Simon, LLP | Client #9325 | -6,000.00 |
| Bill Pmt -Check | 05/11/2018 | 47488 | Texas Capital Bank | Acct. #001393; Lease #001393-3 | -9,830.32 |
| Bill Pmt -Check | 05/29/2018 | 47489 | Judicial Transcribers of Texas, LLC | | -363.15 |
| Bill Pmt -Check | 05/30/2018 | 47490 | AMI | VOID: | 0.00 |
| Bill Pmt -Check | 06/04/2018 | eft | Allegiance Bank | | -10,946.64 |
| Bill Pmt -Check | 06/04/2018 | 47492 | Pennebaker | Job #17LLB010 | -2,555.85 |
| Bill Pmt -Check | 06/04/2018 | 47493 | Zimmern Law Firm, P.C. | | -7,702.86 |
| Bill Pmt -Check | 06/05/2018 | 47491 | AMI | | -14,156.62 |
| Check | 06/27/2018 | 47494 | Pendergraft & Simon, LLP | New Business | -2,000.00 |
| Total 1010.00 · Allegiance Bank - 1002092110 | | | | | -88,362.47 |
| **TOTAL** | | | | | **-88,362.47** |