| Fill in this information to identify the case: | |
|---|---|
| Debtor | The R. Hassell Holding Companies Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 18-33541 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** _____ _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(____) | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |

Debtor __The R. Hassell Holding Companies Inc.__   Case number (if known) __18-33541__

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1 Nonpriority creditor's name and mailing address

**American Arbrtration Assoc**
13727    Noel, Ste. 700

Dallas                    TX     75240

Date or dates debt was incurred

Last 4 digits of account number   3  1  7  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
N1

Is the claim subject to offset?
☑ No
☐ Yes

$7,879.30

### 3.2 Nonpriority creditor's name and mailing address

**American Express**
P.O. Box 650448
Dallas, Tx.
75265-0448

Date or dates debt was incurred

Last 4 digits of account number   4  0  0  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$17,371.93

### 3.3 Nonpriority creditor's name and mailing address

**American Express**
P.O. Box 6504448
Dallas, Tx.
75265-0448

Date or dates debt was incurred

Last 4 digits of account number   7  0  0  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$2,593.26

### 3.4 Nonpriority creditor's name and mailing address

**Barry Conge Harris LLP**
1800 West Loop South, Suite 750

Houston                    TX     77027

Date or dates debt was incurred   2017-2018

Last 4 digits of account number      N  A

**Disputed legal fees**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Attorney Fees

Is the claim subject to offset?
☑ No
☐ Yes

$109,850.31

| Debtor | The R. Hassell Holding Companies Inc. | Case number (if known) | 18-33541 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.5** Nonpriority creditor's name and mailing address

Buck Keenan, LLP
700 Louisiana, Suite 5100

Houston    TX    77002

Date or dates debt was incurred: 2014-2016
Last 4 digits of account number: 4 3 5 1

Disputed legal fees

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Attorney Fees**

Is the claim subject to offset?
☒ No
☐ Yes

$21,769.52

---

**3.6** Nonpriority creditor's name and mailing address

Carol Davis Reporting, Records & Video,
7838 Hillmont

Houston    TX    77040

Date or dates debt was incurred: 6/1/2018
Last 4 digits of account number: 1 9 9 5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$1,774.36

---

**3.7** Nonpriority creditor's name and mailing address

Chase Card Services
P.O. Box 94014

Palatine    IL    60094-4014

Date or dates debt was incurred: 3/1/2018
Last 4 digits of account number: 1 1 9 9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

$7,813.50

---

**3.8** Nonpriority creditor's name and mailing address

Coats Rose Judgment

Date or dates debt was incurred:
Last 4 digits of account number: _ _ _ _

On Appeal

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **N1**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3

Debtor **The R. Hassell Holding Companies Inc.** Case number (if known) **18-33541**

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

**Hassell Construction Co, Inc.**
**12522 Cutten Rd, Houston, TX 77066**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **v**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.10** Nonpriority creditor's name and mailing address

**Hassell Management Services, LLC**
**12522 Cutten Rd, Houston, TX 77066**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **v**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.11** Nonpriority creditor's name and mailing address

**HSSK**
**952 Echo Lane, Suite 200**

**Houston          TX     77024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  **2/2017 - 6/2018**
Last 4 digits of account number  **1  0  1  3**

Is the claim subject to offset?
☑ No
☐ Yes

**$148,267.40**

---

**3.12** Nonpriority creditor's name and mailing address

**Interface Consulting Int'l, Inc.**
**One Riverway, Ste. 2350**

**Houston          TX     77056**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **N1**

Date or dates debt was incurred  **10/2016-12/2016**
Last 4 digits of account number  **2  R  H  C**

**Disputed Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,023.75**

---

Debtor **The R. Hassell Holding Companies Inc.** Case number (if known) **18-33541**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

**Internal Revenue Service**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
v

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

**none known at this time**

Is the claim subject to offset?
☒ No
☐ Yes

Unknown

---

**3.14** Nonpriority creditor's name and mailing address

**James C. Hassell**
**12522 Cutten Rd, Houston, TX 77066**

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
v

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Unknown

---

**3.15** Nonpriority creditor's name and mailing address

**James C. Hassell Intervivos Trust**
**12522 Cutten Rd, Houston, TX 77066**

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
v

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Unknown

---

**3.16** Nonpriority creditor's name and mailing address

**James P. Hassell**
**12522 Cutten Rd, Houston, TX 77066**

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
v

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Unknown

---

Official Form 206E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 5

| Debtor | The R. Hassell Holding Companies Inc. | Case number (if known) | 18-33541 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** Nonpriority creditor's name and mailing address

Jason Hassell

12522 Cutten Rd, Houston, TX 77066

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
v

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Amount: Unknown

---

**3.18** Nonpriority creditor's name and mailing address

Juan Gonzalez

5302 Maple

Bellaire                TX      77401

Date or dates debt was incurred    7/2/2005

Last 4 digits of account number    ___ ___ N A

Business Loan

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
N1

Is the claim subject to offset?
☒ No
☐ Yes

Amount: $100,000.00

---

**3.19** Nonpriority creditor's name and mailing address

Lexitas

P..O. Box 4227

Houston                TX      77210-4227

Date or dates debt was incurred    8/1/2017

Last 4 digits of account number    8  0  9  3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Amount: $12,933.05

---

**3.20** Nonpriority creditor's name and mailing address

Locke Lord LLP

600 Travis, Suite 2800

Houston                TX      77002

Date or dates debt was incurred    2/21/17-6/2018

Last 4 digits of account number    0  0  0  3

**Partially disputed**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
Attorney Fees

Is the claim subject to offset?
☒ No
☐ Yes

Amount: $808,596.95

---

Debtor: **The R. Hassell Holding Companies Inc.**     Case number (if known) **18-33541**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address     **Unknown**

Michael L. Hassell
12522 Cutten Rd, Houston, TX 77066

As of the petition filing date, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: v

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.22** Nonpriority creditor's name and mailing address     **$4,307.03**

Omnivere, LLC
P.O. Box 71727

Chicago     IL     60694-1727

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred: 8/1/2017
Last 4 digits of account number: 0 4 2 1

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.23** Nonpriority creditor's name and mailing address     **Unknown**

R. Hassell & Co., Inc.
12807 Haynes Road, Bldg. C

Houston     TX     77066

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: intercompany loans/debts

Date or dates debt was incurred
Last 4 digits of account number __ __ N A

Is the claim subject to offset?
- [x] No
- [ ] Yes

Intercompany and/or Affiliated Company Amounts Due

---

**3.24** Nonpriority creditor's name and mailing address     **Unknown**

R. Hassell Builders, Inc.
12807 Haynes Road, Bldg. C

Houston     TX     77066

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: intercompany loans/debt

Date or dates debt was incurred
Last 4 digits of account number __ __ N A

Is the claim subject to offset?
- [x] No
- [ ] Yes

Intercompany and/or Affiliated Company Amounts Due

---

Debtor **The R. Hassell Holding Companies Inc.**     Case number (if known) **18-33541**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address     **Unknown**

R. Hassell Properties, Inc.
12807 Haynes Road, Bldg. C

Houston  TX  77066

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Affiliated company loans/debts

Date or dates debt was incurred
Last 4 digits of account number __ __ N A

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Intercompany and/or Affiliated Company debts/loans

---

**3.26** Nonpriority creditor's name and mailing address     **Unknown**

Royce J. Hassell
12807 Haynes Road, Bldg. C

Houston  TX  77066

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** intercompany amounts/loans/debts

Date or dates debt was incurred
Last 4 digits of account number __ __ N A

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

intercompany amounts/loans/debts that would be applied to any accounts payables

---

**3.27** Nonpriority creditor's name and mailing address     **Unknown**

Shawn M. Potts
12522 Cutten Rd, Houston, TX 77066

As of the petition filing date, the claim is: *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** v

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.28** Nonpriority creditor's name and mailing address     **$3,660.00**

Xact Data Discovery - DATX
P.O. Box 6594

Carol Stream  IL  60197-6594

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred  8/1/2017
Last 4 digits of account number  O C K E

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 8

Debtor   __The R. Hassell Holding Companies Inc.__   Case number (if known) __18-33541__

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|     |     | Total of claim amounts |
| --- | --- | ---: |
| 5a. | **Total claims from Part 1** | 5a. $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + $1,271,840.36 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $1,271,840.36 |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | **The R. Hassell Holding Companies Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-33541** |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/17/2018**          X **/s/ Royce Hassell**
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

**Royce Hassell**
Printed name

**President**
Position or relationship to debtor

Official Form B202        Declaration Under Penalty of Perjury for Non-Individual Debtors