**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **The R. Hassell Holding Companies Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-33541** |

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **checking-RHC** | | | |
| **Allegiance Bank - XXXXXX2110 1,079.07** | **Checking account** | 2 1 1 0 | $1,079.07 |
| 3.2. **general checking-RHB** | **general checking** | 2 1 4 4 | $1,222.84 |
| 3.3. **Payroll-RHB** | **Payroll** | 5 4 6 8 | $72.27 |
| 3.4. **general checking-RHHC Trustmark** | **general** | 2 1 0 0 | $168.11 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $2,542.29

| Debtor | **The R. Hassell Holding Companies Inc.** | Case number (if known) | **18-33541** |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Deposits and prepayments

**6.   Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

**Current value of debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$0.00

---

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.   Accounts receivable**

| 11a. 90 days old or less: | **$52,200.11** | − | **$0.00** | = ············· ➔ | **$52,200.11** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **$230,074.00** | − | **$0.00** | = ············· ➔ | **$230,074.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$282,274.11

---

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

**Valuation method used for current value**    **Current value of debtor's interest**

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                         % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.   Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

| Debtor | **The R. Hassell Holding Companies Inc.** | Case number (if known) | **18-33541** |
|---|---|---|---|
| | Name | | |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22.  Copy the total to line 84.

$0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.

$0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

Debtor    **The R. Hassell Holding Companies Inc.**                Case number (if known)    **18-33541**
          Name

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No.  Go to Part 8.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Furniture | Unknown | Estimated | $500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No.  Go to Part 9.
☒ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Ford F250   Truck 1FDT7WZBTOHEE17911** | Unknown | | $63,000.00 |
| 47.2. **Tow behind trailers** | | | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor   **The R. Hassell Holding Companies Inc.**                              Case number (if known)   **18-33541**
　　　　　Name

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

**Komatsu Backhoe2006WB140-2N-3BP
A22403**

| | | | |
|---|---|---|---|
| **Pursuant to the Texas Capital Bank Master lease as amended** | **Unknown** | **Insured Value** | **$26,355.00** |

**Ingersol Rmatic Roller 9 Wheel 10-12 Ton2000
PT125R157682**

| | | | |
|---|---|---|---|
| **Pursuant to the Texas Capital Bank Master lease as amended** | | **Insured value** | **$16,000.00** |

**Komatsu Crawler Dozer 2006D41 P6C
B41158**

| | | | |
|---|---|---|---|
| **Pursuant to the Texas Capital Bank Master lease as amended** | **Unknown** | **insurance value** | **$41,414.00** |

**Komatsu Excavator  2005PC4006C-7L
50341**

| | | | |
|---|---|---|---|
| **Pursuant to the Texas Capital Bank Master lease as amended** | **Unknown** | **Insured Value** | **$55,533.00** |

**Komatsu Excavator  2007PC300LC-7EO
A88619**

| | | | |
|---|---|---|---|
| **Pursuant to the Texas Capital Bank Master lease as amended** | **Unknown** | **insured value** | **$100,000.00** |

**John Deere Wheel Loader        1998TC44H
564909**
| | | | |
|---|---|---|---|
| **Pursuant to the Texas Capital Bank Master lease as amended** | | **insured value** | **$30,000.00** |

**Komatsu Wheel Loader1999WA 120-3L
A30089**
| | | | |
|---|---|---|---|
| **Pursuant to the Texas Capital Bank Master lease as amended** | **Unknown** | **Insured value** | **$35,560.00** |

**Komatsu Wheel Loader2004WA250-SL
A73284**
| | | | |
|---|---|---|---|
| **Pursuant to the Texas Capital Bank Master lease as amended** | **Unknown** | **Insured value** | **$30,500.00** |

**Komatsu Wheel Loader2006WA250-SL
A74094**
| | | | |
|---|---|---|---|
| **Pursuant to the Texas Capital Bank Master lease as amended** | **Unknown** | **insured value** | **$52,710.00** |

**Cmi Reclaimer Stabilizer  2002RS 425
526-253**
| | | | |
|---|---|---|---|
| **Pursuant to the Texas Capital Bank Master lease as amended** | **Unknown** | **Insured Value** | **$50,000.00** |

**Cmi Reclaimer Stabilizer  2008RS
425-B526-310**
| | | | |
|---|---|---|---|
| **Pursuant to the Texas Capital Bank Master lease as amended** | **Unknown** | **Insured Value** | **$100,000.00** |

Debtor   **The R. Hassell Holding Companies Inc.**          Case number (if known)   **18-33541**
_____ Name

| | | | |
|---|---|---|---|
| **John Deere 94001997ST00031053**<br>**RW9400P001010**<br>**Pursuant to the Texas Capital Bank Master lease**<br>**as amended** | Unknown | Insured Value | $34,000.00 |
| **John Deere 94001997ST40004514**<br>**RW9400P001555**<br>**Pursuant to the Texas Capital Bank Master lease**<br>**as amended** | Unknown | insured value | $30,000.00 |
| **John Deere 94002001**<br>**RW9400P040292**<br>**Pursuant to the Texas Capital Bank Master lease**<br>**as amended** | | insured value | $40,500.00 |
| **Sweeper Broom 8'1997RJ30088360**<br>**Pursuant to the Texas Capital Bank Master lease**<br>**as amended** | | Insured value | $20,000.00 |
| **Ford Water Truck  2000 gal2007F750XL**<br>**3FRWF75E47V5155786**<br>**Pursuant to the Texas Capital Bank Master lease**<br>**as amended** | Unknown | insured value | $40,473.00 |
| **Storage Container198920' x 8'**<br>**4517020** | Unknown | Estimated Value | $200.00 |
| **Amida  Light TowerAL4060D4MH**<br>**(40399 )  011272966** | Unknown | esitmated value | $10,000.00 |
| **CORE CUT  CONCRETE SAW   2007**<br>**CC6560 XLS1303920** | | estimated vlaue | $3,000.00 |
| **Amida  Light TowerAL4060D4MH**<br>**(548578)  FYF11971** | Unknown | estimated value | $5,000.00 |
| **Storage Container199320' x 8'**<br>**2592355** | Unknown | estimated value | $200.00 |
| **Storage Container200620' x 8'**<br>**23U962** | Unknown | estimated value | $200.00 |
| **Storage Container199120' x 8'**<br>**2381187** | Unknown | estimated value | $200.00 |
| **Morrison Concrete Super Screed 30' 2001**<br>**OMS10SUPHE201746** | Unknown | Estimated Value | $1,000.00 |
| **CAT 140H MotorGrader 2zk08097**<br><br>**Pursuant to the Texas Capital Bank Master lease**<br>**as amended** | | Insured Value | $75,299.00 |
| **Komatsu Bomag Roller 90158571257**<br><br>**Pursuant to the Texas Capital Bank Master lease**<br>**as amended** | Unknown | Insured value | $61,181.00 |
| **Komatsu Motorgrader TB20035**<br><br>**Pursuant to the Texas Capital Bank Master lease**<br>**as amended** | | Insured Value | $131,774.00 |
| **Bomag Roller 101583611036**<br><br>**Pursuant to the Texas Capital Bank Master lease**<br>**as amended** | | | $0.00 |

| Debtor | The R. Hassell Holding Companies Inc. | | Case number (if known) | 18-33541 |
|---|---|---|---|---|
| | Name | | | |

**Komatsu PC200 A89841**

| Pursuant to the Texas Capital Bank Master lease as amended | | | Unknown |
|---|---|---|---|

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

> **$1,059,099.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

> **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

| Debtor | **The R. Hassell Holding Companies Inc.** | Case number (if known) | **18-33541** |
|---|---|---|---|
| | Name | | |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
   Add lines 60 through 65.  Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☑ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☐ No.  Go to Part 12.
   - ☑ Yes.  Fill in the information below.

   **Current value of
   debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

| Previous Years NOL | Tax year | **2017** | | **Unknown** |
|---|---|---|---|---|
| 2017 NOL | Tax year | | | **Unknown** |
| 2018 NOL | Tax year | | | **Unknown** |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   | **See Exhibit "1" attached hereto and incorporated herein by reference as though fully set forth.** | **Unknown** |
   |---|---|

   Nature of claim        **See Exhibit "1" attached hereto**

   Amount requested

75. **Other contingent and unliquidated claims or causes of action of every nature,
   including counterclaims of the debtor and rights to set off claims**

   | **All potential claims and causes of action that are listed on Exhibit "1" attached hereto are hincorporated herein by reference as though fully set forth.** | **Unknown** |
   |---|---|

   Nature of claim

   Amount requested

76. **Trusts, equitable or future interests in property**

Debtor  **The R. Hassell Holding Companies Inc.**                    Case number (if known)  **18-33541**
         Name

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Miscellaneous handtools, small tools** | **$0.00** |
| **R. Hassell & Co., Inc., et al v. Hassell Construction Co., Inc., Cause No. 2013-61995, pending in the 61st Judicial District Cout, Harris County, Texas, Arbitration Judgement entered on March 26, 2018, for monetary relief in the amount of $1,167,549.95, plus other relief, as set forth in the Final Judgment.** | **$1,167,549.95** |

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                          **$1,167,549.95**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$2,542.29** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$282,274.11** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,059,099.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$1,167,549.95** | |
| 91. **Total.**  Add lines 80 through 90 for each column. | 91a. **$2,511,965.35** + | 91b. **$0.00** |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ...................................................  **$2,511,965.35**



**ASSETS OF The R. HASSELL HOLDING COMPANIES, INC., R. HASSELL & COMPANY, INC., and R. HASSELL BUILDERS, INC.**

**FILED CLAIMS:**

Claims against Hassell Construction Company, Inc. and James C. Hassell for for the collection of the Final Judgment confirming arbitration award, fraudulent transfers to insiders and frivolous appeal of Final Judgment confirming arbitration award:

- Cause Number 2013-61995; *The R. Hassell Holding Companies, Inc. et al v. Hassell Construction Co., Inc et al;* .in the 61st Judicial District Court of Harris County, Texas, and the Final Judgment entered therein on March 26, 2018 in favor of The *R. Hassell Holding Companies, Inc. et and c*laims to be asserted in that case.

- Appeal of the Final Judgment in Case Number 01-18-00546-CV; *Hassell Construction Co., Inc. and James C. Hassell v. R. Hassell Holding Company, Inc., R. Hassell & Co., Inc., R.* Hassell *Builders, Inc.,* in the Texas Court of Appeals, Houston [1st Dist.].

Claims against Harris County Improvement District 18, Springwoods Realty, Inc., Walter P. Moore and Costello, Inc. for due process violations, abuse of process, fraud, quantum meruit, and unjust enrichment associated with work performed on the Springwoods Project.

- Cause No. 2012-42981; *Hassell Construction Company, Inc. v. Springwoods Realty Company and Harris County Improvement District No. 18;* In the 333rd Judicial District Court of Harris County, Texas.  The striking of the intervention of R. Hassell & Company, Inc. and R. Hassell Builders, Inc. is currently on Appeal to the Texas Court of Appeals for the Houston First District, in Case Number 01-17-00154-CV, *R. Hassell & Company, Inc. and R. Hassell Builders, Inc. v. Springwoods Realty Company, Harris County Improvement District No. 18, Walter P. Moore and Costello, Inc.*

- Cause No. 2016-85276-7; *Hassell Construction Co., Inc., derivatively by and through its shareholder Royce Hassell; R. Hassell & Company, Inc. and R. Hassell Builders, Inc.;* In the 333rd Judicial District Court of Harris County, Texas.  Summary Judgment is currently on appeal in Case No. 01-17-00822-CV, *R. Hassell & Company, Inc. and R. Hassell Builders, Inc. v. Springwoods Realty, Inc., Harris County Improvement District No. 18, Walter P. Moore and Costello, Inc.*

- Cause No. 2016-84811; *Hassell Construction Co., Inc., derivatively by and through its shareholder Royce Hassell, R. Hassell & Company, Inc. and R. Hassell Builders, Inc.;* In the 333rd Judicial District Court of Harris County, Texas.  Rule 39, Texas Rules of Civil Procedure, Notice of the absence of parties needed for just adjudication pertaining to claim on the Springwoods Project.

Claims against CommunityBank of Texas, N.A. in two garnishment cases in Cause Numbers 2013-61995A and B; in the 61st Judicial District Court of Harris County, Texas, and claims to be asserted in that case.

Claims against Coats Rose, Richard L. Rose, Patrick Gaas, Heather Asselin and David Lynch for negligence, breach of fiduciary duty, and fraud associated with obstruction of claim and concealed conflicts of interest related to the Springwoods Project, the Hassell 2012 Joint Venture and the Springwoods Joint Venture.

- Cause No. 2015-29275; *R. Hassell Holding Company, Inc., R. Hassell & Co., Inc., R. Hassell Builders, Inc., Royce Hassell, derivatively for HCCI, and Royce Hassell individually v. Coats Rose, et al.;* In the 234th Judicial District Court of Harris County, Texas.  Currently on appeal from dismissal based on Chapter 27 of the Texas Civil Practice and Remedies Code in Case No. 01-14-00349-CV; In the Texas Court of Appeals for the Houston Fourteenth District.

Claims against Trunkline Gas Company, LLC, Panhandle Eastern Pipeline Company, L.P., Southern Union Panhandle, LLC, Sea Robin Pipeline Company, LLC, Issacks Directional Drilling and Issacks Contracting, Inc. for delays and additional costs on Springwoods Project.

- Claims Pending in Cause No. 2014-29648; *Hassell Construction Co., Inc. v. Trunkline Gas Company, LLC,* in the 133rd Judicial District Court of Harris County, Texas.

Claims against Interface Consulting International, Inc. for breach of contract, DTPA, misrepresentation, pending in claim filed with Judicial Arbitration and Mediation Services.

Claims for Sanctions, punitive and fees against Hassell Construction Co., Inc., Hassell Construction Group, LLC, James C. Hassell, Michael Hassell, the JCH Intervivos Trust, Phillip Hassell, Shawn Hassell Potts, Jason Hassell, Bogdan Rentea and Ron Satija in United States Bankruptcy Court for the Southern District of Texas, Houston Division in Case number 18-31189, *In re Hassell 2012 Joint Venture* and Case number 18-03042; *R. Hassell & Co., Inc., et al v. Hassell Construction Company, Inc., et al.*

**UNFILED CLAIMS**

Claims against Liberty Mutual Insurance and Surety, Alliant Insurance, CHS/AG Group, Rosalyn Hassell, Scott Chapman, Rhesa Bolton, Southwest Escrow, Bogdan Rentea, Rentea & Associates, Coats Rose, Richard L. Rose, Micky Das, Tyler & Das and Joel Massey for misrepresentation, conspiracy, abuse of process, insurance fraud, conspiracy to defraud, fraud, and failure to defend related to the Springwoods Project, the Hassell 2012 Joint Venture,  the Transtar Project, and Texan Floor Service LLC.

Claims against James C. Hassell, the JCH Intervivos Trust, J. Phillip Hassell, Michael Hassell individually and as trustee, Doug Smith, Jason Hassell and Hassell Construction Group, LLC for fraudulent transfers as insiders of the Hassell 2012 Joint Venture, the Springwoods Joint Venture, the JCH Intervivos Trust and Hassell Construction Company, Inc.

Claims against Texan Floor Service LLC for abuse of process.

Counterclaims and legal set-off against Barry Conge & Harris and Felicia Harris claim for negligence and malpractice related to suits against the Trunkline defendants, the Springwoods defendants including Hassell Construction Co., Inc., Coats Rose and its attorneys and Bogdan Rentea.

Claims against Binnacle Development & Construction LLC and Lone Trail Development, LLC for non-payment for use of equipment to develop real estate claim for breach of contract, quantum meruit, DTPA, fraud and consequential damages.

**Fill in this information to identify the case:**

Debtor name __The R. Hassell Holding Companies Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number __18-33541__
(if known)

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1.** **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
AMI

**Creditor's mailing address**
710 N. Post Oak Rd, Ste. 208

Houston            TX   77024

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

some Corporate Assets

**Describe the lien**

z

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

| $449,852.78 | $0.00 |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,255,685.73

Debtor    **The R. Hassell Holding Companies Inc.**                    Case number (if known) __18-33541__

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2**

Creditor's name
**AMI**

Creditor's mailing address
**710 N. Post Oak Rd., Ste 208**

_____

__Houston_____TX___77024__

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☒ No
☐ Yes.  Have you already specified the
  relative priority?
  ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is
    specified on lines  _____

**Describe debtor's property that is
subject to a lien**
**some corporate assets**

**Describe the lien**

**z**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

|  |  |
|---|---|
| **$275,420.06** | **$0.00** |

**2.3**

Creditor's name
**Ford Credit**

Creditor's mailing address
**P.O. Box 15271**

_____

__Irving_____TX___75015-2271__

Creditor's email address, if known

_____

Date debt was incurred __10/13/2017__

Last 4 digits of account
number        _3_ _9_ _4_ _0_

Do multiple creditors have an interest in
the same property?
☒ No
☐ Yes.  Have you already specified the
  relative priority?
  ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is
    specified on lines  _____

**Describe debtor's property that is
subject to a lien**
**Truck**

**Describe the lien**

**v**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

|  |  |
|---|---|
| **$53,074.95** | **$63,000.00** |

**2017 F250  vin 1fdt7wzbt0hee17911**

Debtor  **The R. Hassell Holding Companies Inc.** _____  Case number (if known) **18-33541**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4**

**Creditor's name**
**Texas Capital (Addendum 5)**

**Describe debtor's property that is subject to a lien**
**Various pieces of equipment**

$271,276.84      $406,282.00

**Creditor's mailing address**
**2350 Lakeside Blvd., Suite 605**

**Describe the lien**
**Secuirty Interest**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Richardson          TX    75082**

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☒ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    10/4/2016**

**Last 4 digits of account number        3   9   3   5**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes.  Have you already specified the relative priority?

☒ No.  Specify each creditor, including this creditor, and its relative priority.

**For Cmi Reclaimer Stabilizer 2008RS 425-B 526-310 Pursuant t: 1) Texas Capital (Addendum 5).  For CAT 140H MotorGrader 2zk08097 Pursuant to the Texas Capital: 1) Texas Capital (Addendum 5).  For Komatsu Bomag Roller 90158571257  Pursuant to the Texas Capi: 1) Texas Capital (Addendum 5).  For Bomag Roller 101583611036  Pursuant to the Texas Capital Ban: 1) Texas Capital (Addendum 5).  For Komatsu Backhoe2006 WB140-2N-3BPA22403 Pursuant to the Te: 1) Texas Capital (Addendum 5).  For Ingersol Rmatic Roller 9 Wheel 10-12 Ton2000PT125R 157682 : 1) Texas Capital (Addendum 5).  For Komatsu Wheel Loader2004WA250-SLA73284 Pursuant to the Te: 1) Texas Capital (Addendum 5); 2) Texas Capital Bank (Addendum #3).  For Komatsu Excavator  2005 PC4006C-7L50341 Pursuant to the T: 1) Texas Capital Bank (Addendum #3); 2) Texas Capital (PC 200); 3) Texas Capital (Addendum 5).  For Komatsu Crawler Dozer 2006**

Debtor    **The R. Hassell Holding Companies Inc.**    Case number (if known) **18-33541**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.5**

Creditor's name
**Texas Capital (PC 200)**

Creditor's mailing address
**2350 Lakeside Blvd., Suite 605**

_____

**Richardson          TX    75082**

Creditor's email address, if known

_____

Date debt was incurred    **2/3/2016**

Last 4 digits of account
number        **3    9    3    4**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
specified on lines **2.4**

**Komatsu Backhoe PC 200**

Describe debtor's property that is
subject to a lien

**Various pieces of equipment**

Describe the lien

**Security Interest**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**$80,000.00**        **$96,947.00**

---

**2.6**

Creditor's name
**Texas Capital Bank (Addendum #3)**

Creditor's mailing address
**2350 Lakeside Boulevard, Suite 605**

_____

**Richardson          TX    75082**

Creditor's email address, if known

_____

Date debt was incurred    **1/27/2016**

Last 4 digits of account
number        **3    9    3    3**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
specified on lines **2.4**

**2-John Deere 9400, CMI Reclaimer, Komatsu 300**

Describe debtor's property that is
subject to a lien

**Various pieces of equipment**

Describe the lien

**Security Interest**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**$126,061.10**        **$241,447.00**

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **The R. Hassell Holding Companies Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-33541** |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____
_____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | **The R. Hassell Holding Companies Inc.** | Case number (if known) | **18-33541** |

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

---

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
</table>

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,879.30** |
|---|---|---|---|

**American Arbrtration Assoc**

**13727    Noel, Ste. 700**

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

| **Dallas** | **TX** | **75240** |

Basis for the claim: **N1**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **3   1   7   8**

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,371.93** |
|---|---|---|---|

**American Express**

**P.O. Box 650448**

**Dallas, Tx.**

**75265-0448**

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: **Credit Card**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **4   0   0   3**

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,593.26** |
|---|---|---|---|

**American Express**

**P.O. Box 6504448**

**Dallas, Tx.**

**75265-0448**

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: **Credit Card**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **7   0   0   9**

---

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109,850.31** |
|---|---|---|---|

**Barry Conge Harris LLP**

**1800 West Loop South, Suite 750**

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

| **Houston** | **TX** | **77027** |

Basis for the claim: **Attorney Fees**

Date or dates debt was incurred    **2017-2018**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **N   A**

**Disputed legal fees**

---

| Debtor | **The R. Hassell Holding Companies Inc.** | Case number (if known) | **18-33541** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.5** Nonpriority creditor's name and mailing address

**Buck Keenan, LLP**

**700 Louisiana, Suite 5100**

**Houston**        **TX**    **77002**

Date or dates debt was incurred    **2014-2016**

Last 4 digits of account number    **4**  **3**  **5**  **1**

**Disputed legal fees**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21,769.52**

---

**3.6** Nonpriority creditor's name and mailing address

**Carol Davis Reporting, Records & Video,**

**7838 Hillmont**

**Houston**        **TX**    **77040**

Date or dates debt was incurred    **6/1/2018**

Last 4 digits of account number    **1**  **9**  **9**  **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Court Reporting**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,774.36**

---

**3.7** Nonpriority creditor's name and mailing address

**Chase Card Services**

**P.O. Box 94014**

**Palatine**        **IL**    **60094-4014**

Date or dates debt was incurred    **3/1/2018**

Last 4 digits of account number    **1**  **1**  **9**  **9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,813.50**

---

**3.8** Nonpriority creditor's name and mailing address

**Coats Rose Judgment**

**C/O Richard Rose**

**9 Greenway Plaza, Ste. 1000**

**Houston**        **TX**    **77046**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**On Appeal**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**N1**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| Debtor | **The R. Hassell Holding Companies Inc.** | Case number (if known) | **18-33541** |
| --- | --- | --- | --- |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Hanover Insurance Group**

**C/O Brandon K. Bains**

**1031 Solana Blvd**

**Bldg 1, Ste 1545**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Westlake**                **TX**        **76262**

Basis for the claim:
**Alleged Indemnity**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.10**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Hassell Construction Co, Inc.**

**12522 Cutten Rd, Houston, TX 77066**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**v**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.11**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Hassell Management Services, LLC**

**12522 Cutten Rd, Houston, TX 77066**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**v**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.12**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**$148,267.40**

**HSSK**

**952 Echo Lane, Suite 200**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Houston**                **TX**        **77024**

Basis for the claim:
**Goods and/or Services Provided**

Date or dates debt was incurred   **2/2017 - 6/2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **1   0   1   3**

---

Debtor  **The R. Hassell Holding Companies Inc.**          Case number (if known)  **18-33541**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$25,023.75

**Interface Consulting Int'l, Inc.**

**One Riverway, Ste. 2350**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Houston**          **TX**      **77056**

**Basis for the claim:**  **N1**

Date or dates debt was incurred      **10/2016-12/2016**

Is the claim subject to offset?

Last 4 digits of account number      **2   R   H   C**

☑ No
☐ Yes

**Disputed Fees**

---

**3.14**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Internal Revenue Service**

**Centralized Insolvency Operation**

**P. O. Box 7346**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Philadelphia**          **PA**      **19101-7346**

**Basis for the claim:**  v

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

**none known at this time**

---

**3.15**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**James C. Hassell**

**12522 Cutten Rd,**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Houston**          **TX**      **77066**

**Basis for the claim:**  v

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**James C. Hassell Intervivos Trust**

**12522 Cutten Rd,**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Houston**          **TX**      **77066**

**Basis for the claim:**  v

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

| Debtor | **The R. Hassell Holding Companies Inc.** | Case number (if known) | **18-33541** |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

James P. Hassell

12522 Cutten Rd

Houston                    TX        77066

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** v

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.18** Nonpriority creditor's name and mailing address

Jason Hassell

12522 Cutten Rd,

Houston                    TX        77066

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** v

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.19** Nonpriority creditor's name and mailing address

Juan Gonzalez

5302 Maple

Bellaire                   TX        77401

Date or dates debt was incurred    7/2/2005

Last 4 digits of account number  __ __ N A

Business Loan

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** N1

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,000.00

---

**3.20** Nonpriority creditor's name and mailing address

Lexitas

P..O. Box 4227

Houston                    TX        77210-4227

Date or dates debt was incurred    8/1/2017

Last 4 digits of account number  8 0 9 3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and/or Services Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,933.05

---

| Debtor | **The R. Hassell Holding Companies Inc.** | | Case number (if known) | **18-33541** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.21 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Locke Lord LLP**

☐ Contingent
☐ Unliquidated
☑ Disputed

**600 Travis, Suite 2800**

**$808,596.95**

| **Houston** | **TX** | **77002** |

**Basis for the claim:**

**Attorney Fees**

Date or dates debt was incurred      **2/21/17-6/2018**

**Is the claim subject to offset?**

Last 4 digits of account number      **0  0  0  3**

☑ No
☐ Yes

**Partially disputed**

---

| 3.22 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Michael L. Hassell**

☑ Contingent
☑ Unliquidated
☑ Disputed

**12522 Cutten Rd,**

**$0.00**

**Basis for the claim:**

**v**

| **Houston** | **TX** | **77066** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Omnivere, LLC**

☐ Contingent
☑ Unliquidated
☐ Disputed

**P.O. Box 71727**

**$4,307.03**

**Basis for the claim:**

**Goods and/or Services Provided**

| **Chicago** | **IL** | **60694-1727** |

Date or dates debt was incurred      **8/1/2017**

**Is the claim subject to offset?**

Last 4 digits of account number      **0  4  2  1**

☑ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Pendergraft & Simon, LLP**

☐ Contingent
☑ Unliquidated
☐ Disputed

**2929 Allen Parkway, Suoite 200**

**$61,315.88**

**Basis for the claim:**

**Legal Services**

| **Houston** | **TX** | **77019** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

**Subject to being waived, if required by Court.**

---

Debtor __**The R. Hassell Holding Companies Inc.**__     Case number (if known) __**18-33541**__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

__**R. Hassell & Co., Inc.**__

__**12807 Haynes Road, Bldg. C**__

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

__**Houston**__             **TX**     **77066**

**Basis for the claim:**  __**intercompany loans/debts**__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __  **N  A**

- ☑ No
- ☐ Yes

**Intercompany and/or Affiliated Company Amounts Due**

| 3.26 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

__**R. Hassell Builders, Inc.**__

__**12807 Haynes Road, Bldg. C**__

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

__**Houston**__             **TX**     **77066**

**Basis for the claim:**  __**intercompany loans/debt**__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __  **N  A**

- ☑ No
- ☐ Yes

**Intercompany and/or Affiliated Company Amounts Due**

| 3.27 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

__**R. Hassell Properties, Inc.**__

__**12807 Haynes Road, Bldg. C**__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__**Houston**__             **TX**     **77066**

**Basis for the claim:**  __**Affiliated company loans/debts**__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __  **N  A**

- ☑ No
- ☐ Yes

**Intercompany and/or Affiliated Company debts/loans**

Debtor   **The R. Hassell Holding Companies Inc.**                 Case number (if known)   **18-33541**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.28 | Nonpriority creditor's name and mailing address |
|---|---|

Royce J. Hassell

12807 Haynes Road, Bldg. C

_____

Houston                      TX       77066

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __  **N  A**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   **intercompany amounts/loans/debts**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$11,608.16**

**intercompany amounts/loans/debts that would be applied to any accounts payables by RJH to company $11,608.16 is net of Off recv & Off payable**

| 3.29 | Nonpriority creditor's name and mailing address |
|---|---|

Shawn M. Potts

12522 Cutten Rd,

_____

Houston                      TX       77066

Date or dates debt was incurred   **00**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**   v

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| 3.30 | Nonpriority creditor's name and mailing address |
|---|---|

Xact Data Discovery - DATX

P.O. Box 6594

_____

Carol Stream                 IL       60197-6594

Date or dates debt was incurred   **8/1/2017**

Last 4 digits of account number   **O  C  K  E**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   **Goods and/or Services Provided**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,660.00**

Debtor   __The R. Hassell Holding Companies Inc._____   Case number (if known) __18-33541_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.   **Total claims from Part 1**                            5a.   _____**$0.00**__

5b.   **Total claims from Part 2**                            5b. **+** _____**$1,344,764.40**__

5c.   **Total of Parts 1 and 2**                              5c.   _____**$1,344,764.40**__
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **The R. Hassell Holding Companies Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-33541**          Chapter **11**
(if known)

☑ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | | | |
|---|---|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Truck Financing-2017 F250 | Ford Credit | | |
| | | | P.O. Box 15271 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Irving | TX | 75015-2271 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Truck Financing  2017 F450 | Ford Credit | | |
| | | | P.O. Box 15271 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Irving | TX | 75015-2271 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Truck financing  Ford 2015 F250 | Ford Credit | | |
| | | | P.O. Box 15271 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Irving | TX | 75015-2271 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Financing for Car | Ford Credit | | |
| | | | PO Box 15271 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Irving | TX | 77015 |

Debtor    __The R. Hassell Holding Companies Inc._____    Case number (if known) __18-33541__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Financing for piece of equipment** | **Texas Capital Master lease & Add 4** |
| | | | **2350 Lakeside Blvd., Suite 605** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richardson**     **TX**     **75082** |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Financing for Various pieces of equipment** | **Texas Capital Master Lease & Add5** |
| | | | **2350 Lakeside Blvd., Suite 605** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richardson**     **TX**     **75082** |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Various pieces of equipment** | **Texas Capital Master Lease& Add. #3)** |
| | | | **2350 Lakeside Boulevard, Suite 605** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richardson**     **TX**     **75082** |

**Fill in this information to identify the case:**

Debtor name **The R. Hassell Holding Companies Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-33541**
(if known)

☑ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 R. Hassell & Co., Inc. | **12807 Haynes Rd., Bldg C**<br>Number    Street<br><br>**Houston**          **TX**  **77066**<br>City                State  ZIP Code | Barry Conge Harris LLP | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **R. Hassell Properties, Inc.** | **12807 Haynes. Rd., Bldg C**<br>Number    Street<br><br>**Houston**          **TX**  **77066**<br>City                State  ZIP Code | **AMI** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 **R. Hassell Properties, Inc.** | **12807 Haynes Rd., Bldg. C**<br>Number    Street<br><br>**Houston**          **TX**  **77277**<br>City                State  ZIP Code | **AMI** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 **R. Hassell Properties, Inc.** | **12807 Haynes Rd., Bldg. C**<br>Number    Street<br><br>**Houston**          **TX**  **77066**<br>City                State  ZIP Code | **Texas Capital (Addendum 5)** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **The R. Hassell Holding Companies Inc.** | Case number (if known) | **18-33541** |

---

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| **2.5** | R. Hassell Properties, Inc. | **12807 Haynes Rd., Bldg. C**<br>Number   Street<br><br>**Houston**   **TX**   **77066**<br>City   State   ZIP Code | **Texas Capital (PC 200)** | ☑ D<br>☐ E/F<br>☐ G |
| **2.6** | R. Hassell Properties, Inc. | **12807 Haynes Rd., Bldg C**<br>Number   Street<br><br>**Houston**   **TX**   **77066**<br>City   State   ZIP Code | **Texas Capital Bank (Addendum #3)** | ☑ D<br>☐ E/F<br>☐ G |
| **2.7** | Ricardo Todeschini | **PO Box 270291**<br>Number   Street<br><br>**Houston**   **TX**   **77277**<br>City   State   ZIP Code | **AMI** | ☑ D<br>☐ E/F<br>☐ G |
| **2.8** | Ricardo Todeschini | **PO Box 270291**<br>Number   Street<br><br>**Houston**   **TX**   **77277**<br>City   State   ZIP Code | **AMI** | ☑ D<br>☐ E/F<br>☐ G |
| **2.9** | Rossi Rivi | **PO BOX 270291**<br>Number   Street<br><br>**Houton**   **TX**   **77277**<br>City   State   ZIP Code | **AMI** | ☑ D<br>☐ E/F<br>☐ G |
| **2.10** | Rossi Rivi | **PO Box 270291**<br>Number   Street<br><br>**Houston**   **TX**   **77277**<br>City   State   ZIP Code | **AMI** | ☑ D<br>☐ E/F<br>☐ G |
| **2.11** | Royce & Silvia Hassell | **12807 Haynes Rd., Bldg C**<br>Number   Street<br><br>**Houston**   **TX**   **77066**<br>City   State   ZIP Code | **AMI** | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **The R. Hassell Holding Companies Inc.**          Case number (if known)   **18-33541**

---

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.12  **Royce & Silvia Hassell** | **12807 Haynes Rd, Bldg. C.** <br> Number      Street <br><br> **Houston**            **TX**   **77066** <br> City                          State   ZIP Code | **AMI** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.13  **Royce & Silvia Hassell** | **12807 Haynes Rd., Bldg. C** <br> Number      Street <br><br> **Houston**            **TX**   **77066** <br> City                          State   ZIP Code | **Locke Lord LLP** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.14  **Royce & Silvia Hassell** | **12807 Haynes Rd., Bldg C** <br> Number      Street <br><br> **Houston**            **TX**   **77066** <br> City                          State   ZIP Code | **Buck Keenan, LLP** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.15  **Royce Hassell** | **12807 Haynes Rd., Bldg C** <br> Number      Street <br><br> **Houston**            **TX**   **77066** <br> City                          State   ZIP Code | **Texas Capital (Addendum 5)** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.16  **Royce Hassell** | **12807 Haynes Rd., Bldg C** <br> Number      Street <br><br> **Houston**            **TX**   **77066** <br> City                          State   ZIP Code | **American Express** | ☐ D <br> ☑ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name **The R. Hassell Holding Companies Inc.**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):   **18-33541**

☑ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................................

   | $2,511,965.35 |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................................

   | $2,511,965.35 |

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................................

   | $1,255,685.73 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................

   | $0.00 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................

   | + $1,344,764.40 |

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................

   | $2,600,450.13 |

**Fill in this information to identify the case and this filing:**

Debtor Name **The R. Hassell Holding Companies Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-33541**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☑ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/09/2018**      X **/s/ Royce Hassell**
       MM / DD / YYYY       Signature of individual signing on behalf of debtor

                                **Royce Hassell**
                                Printed name

                                **President**
                                Position or relationship to debtor