UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-33541-H1-7 |
| R. HASSELL HOLDING COMPANY, INC. | § | Chapter 7 |
| | § | |
| | § | |
| DEBTOR(S) | § | |

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

CAME ON for consideration the Application of Randy W. Williams, Trustee ("Trustee") to employ Carr Riggs & Ingram LLC as Accountants, the Affidavit of Proposed Accountant in support thereof, and it appearing the firm of Carr Riggs & Ingram LLP, will perform services for the Trustee, as outlined in said Application, it is

ORDERED that Randy W. Williams, Trustee be and is hereby authorized to employ the firm Carr Riggs & Ingram LLP as Accountants for the estate, with compensation to be paid in such amounts as may be allowed by the court upon proper application. All fees and expenses are subject to review and approval by this Court. Or in the alternative, Application to Employ and Pay Accountant pursuant to LBR 2014(c) for the purpose of providing tax preparation and accounting services, without further notice of hearing, for the lump sum of $300.00 per year for each year's tax returns payable at the completion of a return, and which employment shall be for no longer than three (3) years.

DATED: _____

_____
United States Bankruptcy Judge