IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| R. HASSELL HOLDING COMPANY INC. | § § § | CASE NO. 18-33541-H1-7 |
| | § § § | |
| DEBTOR | § | CHAPTER 7 |

ORDER APPROVING
FIRST AND FINAL APPLICATION FOR COMPENSATION FOR
FEES AND EXPENSES BY ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE
FOR THE PERIOD OF JUNE 3, 2020 THROUGH SEPTEMBER 13, 2021

CAME ON for consideration the First and Final Application for Compensation for Fees and Expenses by Accountant for the Chapter 7 Trustee, Carr, Riggs & Ingram, for the period of June 3, 2020 through September 13, 2021, in connection with their services provided to the Trustee in this proceeding. It appears to the Court that notice has been given to all parties in interest, and that no party has filed an objection in the time allowed by law.

It further appears to the Court, and the Court finds, that the fees applied for are reasonable, and were necessary for the administration of this Estate.

IT IS FURTHER ORDERED that Carr, Riggs & Ingram be paid the sum of $10,874.00 for professional services rendered in connection with their services provided to the trustee for the period of June 3, 2020 through September 13, 2021.

SIGNED this _____ day of _____, 2021

_____
Judge Marvin Isgur
United States Bankruptcy Judge