UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-33541-H1-7 |
| R. HASSELL HOLDING COMPANY, | § | Chapter 7 |
| INC. | § | |
| | § | |
| | § | |
| DEBTOR. | § | JUDGE MARVIN ISGUR |

**NOTICE OF CARR, RIGGS & INGRAM'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES BY ACCOUNTANT FOR CHAPTER 7 TRUSTEE**

TO:   ALL CREDITORS AND PARTIES OF INTEREST:

> THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THIS MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY OF THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 20 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.
>
> REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

You are hereby notified that Carr, Riggs & Ingram, LLC ("Applicant") filed its *First And Final Application for Compensation and Expenses by Accountant for the Chapter 7 Trustee for the Period of June 3, 2020 through September 13, 2021* (the "Application"). Said Applicant seeks compensation in the amount of $10,874.00 for services rendered.

The Application has been filed and may be reviewed at the United States Bankruptcy Court Clerk's office, 515 Rusk, First Floor, Houston, Harris County, Texas.

Date: September 29, 2021.

By: _____
Miles D. Harper, III, CPA
CARR, RIGGS & INGRAM, LLC
Two Riverway, 15th Floor
Houston, TX 77057
713-621-8090
Fax: 713-621-6970

ACCOUNTANT FOR RANDY W.
WILLIAMS, CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the debtor, debtor's attorney, U.S. Trustee and all parties identified on the attached service list by United States Mail, first class, postage prepaid on this the 29th day of September, 2021.

_____
Miles D. Harper, III

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

American Arbitration Assoc.
13727 Noel Rd., Ste 700
Dallas, TX 75240-2000

American Express
P.O. Box 6504448
Dallas, TX 75265-0448

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Cypress Fairbanks ISD
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

AMI Lenders, Inc.
Suite 208
710 North Post Oak Rd.
Houston, TX 77024-3846

Barry Conge Harris LLP
1800 West Loop South, Suite 750
Houston, TX 77027-3299

Barry Conge Harris LLP
1776 Yorktown
Suite 350
Houston, TX 77056-4161

Buck Keenan, LLP
700 Louisiana, Suite 5100
Houston, TX 77002-2766

Carol Davis Reporting, Records & Video,
7838 Hillmont
Houston, TX 77040-6108

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

Internal Revenue Service
Centralized Insolvency Operatio
P. O. Box 7346
Philadelphia, PA 19101-7346

Ford
P.O. Box 15271
Irving, TX 75015-2271

FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Hassell Construction Co., Inc.
C/O Bogdan Rentea
700 Lavaca, suite 1400
Austin, Tx 78701-3102

Hassell Construction Co., Inc.
12522 Cutten Rd.
Houston, TX 77066-1821

Hassell Construction Company Inc
2025 Eagle View Road
Navasota, TX 77868-3951

Hassell Management Services, LLC
12522 Cutten Rd.
Houston, TX 77066-1821

HSSK
952 Echo Lane, Suite 200
Houston, TX 77024-2769

Interface Consulting Int'l, Inc.
One Riverway, Ste. 2350
Houston, TX 77056-1996

James C. Hassell
12522 Cutten Rd.
Houston, TX 77066-1821

James C. Hassell
2025 EAGLE VIEW DR,
NAVASOTA, TX 77868-3951

James C. Hassell Intervivos Trust
12522 Cutten Rd.
Houston, TX 77066-1821

James C. Hassell, James P. Hassell
Shawn Hassell Potts
C/O Bogdan Rentea
700 Lavaca, suite 1400
Austin, Tx 78701-3102

James P. Hassell
12522 Cutten Rd.
Houston, TX 77066-1821

Jason Hassell
12522 Cutten Rd.
Houston, TX 77066-1821

Juan Gonzalez
5302 Maple
Bellaire, TX 77401-4809

Leonard H Simon
Pendergraft Simon, LLP
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, TX 77019-2129

Lexitas
P..O. Box 4227
Houston, TX 77210-4227

Locke Lord LLP
600 Travis, Suite 2800
Houston, TX 77002-2914

Locke Lord LLP
2800 Financial Plaza SEV
Providence RI 02903

Michael L. Hassell
12522 Cutten Rd.
Houston, TX 77066-1821

Michael L. Hassell, Manager
Hassell Construction Group, LLC
25106 Hufsmith Cemetery Rd.
Tomball, Tx 77375-2580

Omnivere, LLC
P.O. Box 71727
Chicago, IL 60694-1727

R. Hassell Holding Co., Inc
12807 Haynes Road Bldg C
Houston, TX 77066-1123

R. Hassell & Co., Inc.
12807 Haynes Road, Bldg. C
Houston, TX 77066-1123

R. Hassell Builders, Inc.
12807 Haynes Road, Bldg. C
Houston, TX 77066-1123

Royce & Silvia Hassell
5302 Maple
Bellaire, TX 77401-4809

R. Hassell Holding Company, Inc.
P O Box 3047
Bellaire, TX 77402-3047

R. Hassell Properties, Inc.
12807 Haynes Road, Bldg. C
Houston, TX 77066-1123

Royce J. Hassell
12807 Haynes Road, Bldg. C
Houston, TX 77066-1123

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Shawn Potts
12522 Cutten Rd.
Houston, TX 77066-1821

Texan Floor
2055 Silber, Suite 108
Houston, TX 77055-2644

| | | |
|---|---|---|
| Texan Floor Service, Ltd<br>C/O Droel, PLLC<br>7900 Xerxes Avenue South<br>Suite 1930<br>Minneapolis, MN 55431-1154 | Texas Capital Bank<br>2350 Lakeside Boulevard, Suite 605<br>Richardson, TX 75082-4340 | Texas Capital Bank, N.A.<br>2000 McKinney St.<br>Suite 700<br>Dallas, TX 75201-1985 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>Bankruptcy Section<br>P.O. Box 149080<br>Austin, Texas 78714-9080 |
| The R. Hassell Holding Companies Inc.<br>P O Box 3047<br>Bellaire, Tx 77402-3047 | The Hanover Insurance Company<br>c/o Langley LLP<br>1301 Solana Blvd., Building 1, Suite 154<br>Westlake, Texas 76262-1659 | The Hanover Insurance Company<br>440 Lincoln Street<br>Worcester, MA 01653-0001 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Wauson Probus<br>One Sugar Creek Center Blvd.<br>Suite 880<br>Sugar Land, TX 77478-3557 | William P Haddock<br>Attorney At Law<br>2777 Allen Parkway, Suite 800<br>Houston, TX 77019-2129 |
| Xact Data Discovery - DATX<br>P.O. Box 6594<br>Carol Stream, IL 60197-6594 | | |