IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| R. HASSELL HOLDING COMPANY, INC. | § § § § § § | CASE NO.: 18-33541-H1-7<br><br>CHAPTER 7 |
| DEBTOR. | § | JUDGE: MARVIN ISGUR |

## CHAPTER 7 TRUSTEE'S REPORT OF SALE

**TO THE HONORABLE U. S. BANKRUPTCY JUDGE, MARVIN ISGUR:**

COMES NOW, Randy W. Williams, Trustee for the estate of R. Hassell Holding Company, Inc. ("Trustee") and files this *Report of Sale*. Pursuant to the *Order Granting Trustee's Emergency Motion for Approval of Sale of Personal Property Free and Clear of Liens Pursuant to 11 U.S.C.§363)* [Docket No. 128] entered on January 18, 2019. The Trustee sold all rights titles and interests in and to the property on an "as is/where is" basis to Principal Paving Contractors, Ltd. The proceeds from the sale are as follows:

Items:

       1 Clinton Trailer ($1,000)
       1 1993 20' x 7' Trailer ($1,000)
       1 2001 Trailer ($1,000)
       2 Amida Light Towers ($1,000)
       4 Containers ($4,000)
       1 Concrete Screed & Parts ($1,500.00)

Total:                                                                                                                                      $9500.00

- 2 -

Dated: October 26, 2021

Respectfully submitted,

   */s/ Randy W. Williams*
Randy W. Williams, Trustee
State Bar No. 21566850
7924 Broadway, Suite 104
Pearland, TX  77581
281-884-9262

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing ***Trustee's Report of Sale***, has been sent to the office of the U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002 by United States first class on this the 25th day of October, 2021, unless served via ECF at the time of filing.

*/s/ Randy W. Williams*
Randy W. Williams

- 3 -